# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** EMANUEL R. MORI
- **Case Number:** 18-21179-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 28, 2019 11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
3/4/19 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#35 - Continued Confirmation of Plan Dated 6/20/2018 (NFC)
R / M #: 35 / 0

### Appearances:

Debtor: *Swtillan for Keenan* (handwritten)
Trustee: Winnecour / Pail / Katz / **DeSimone** (DeSimone circled)

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. ✓ Plan/Motion continued to  5-23  at  1:30 PM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/21/2019    4:26:43PM