**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 18-21179-CMB** |
| **Emanuel R. Mori** | |
|     **Debtor** | **CHAPTER 13** |

**Ronda J. Winnecour, Esquire**
**Chapter 13 Trustee**
    **Movant**

**The Bank Of New York Mellon,**
**As Trustee for CIT Mortgage Loan**
**Trust 2007-1**
    **Respondent**
_____/

## CONSENT ORDER AS TO TRUSTEE'S MOTION TO COMPEL PROOF THAT CHARGES HAVE BEEN REMOVED FROM LOAN

And now, come the undersigned parties, by and through their respective counsel and respectfully request that this Honorable Court to entered this Consent Order

WHEREAS, Respondent The Bank of New York Mellon, As Trustee for CIT Mortgage Loan Trust 2007-1, ("Respondent") filed a Notice of Post-Petition Mortgage Fees, Expenses and Charges on June 12, 2018;

WHEREAS, on August 29, 2018, Respondent filed its Withdrawal of the Notice of Post-Petition Mortgage Fees, Expenses, and Charges;

WHEREAS, on October 17, 2018, Movant filed her Motion to Compel Proof that Charges have been Removed from the Loan;

WHEREAS, on October 26, 2018, Respondent filed its Affidavit evidencing that the charges had been removed; (See DE #44);

WHEREAS, on December 4, 2018, the parties conferred and agreed that the October 26, 2018, Affidavit had complied with the Court's November 29, 2019, Order; and

WHEREAS, the parties are jointly respectfully requesting that the hearing scheduled for March 13, 2019, at 11:00 A.M. be cancelled and no further responsive pleadings in this matter shall be required.

**CONSENTED TO BY:**

| | |
|---|---|
| /s/ Ronda J. Winnecour | /s/ Lauren B. Karl |
| Ronda J. Winnecour, Esquire | Lauren B. Karl, Esquire |
| Chapter 13 Trustee | Attorney for Respondent |
| ID No. 30399 | Id No. 88209 |
| U.S. Steel Tower, Suite 3250 | RAS CRANE, LLC. |
| 600 Grant Street | P.O. Box 305 |
| Pittsburgh, PA 15219 | Ingomar, PA 15127 |
| 412-471-5566 | 973-575-0707 x340 |
| cmecf@chapter13trusteewdpa.com | lkarl@rascrane.com |

**It is hereby ORDERED that the parties' Consent Order is hereby APPROVED.**

**BY THE COURT:**

_____
**CARLOTA M. BOHM, U.S.B.J.**