UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:  
Emanuel R. Mori  
    Debtor

CASE NO.: 18-21179-CMB

CHAPTER 13

Ronda J. Winnecour, Esquire  
Chapter 13 Trustee  
    Movant

The Bank Of New York Mellon,  
As Trustee for CIT Mortgage Loan  
Trust 2007-1  
    Respondent
_____/

## CONSENT ORDER AS TO TRUSTEE'S MOTION TO COMPEL PROOF THAT CHARGES HAVE BEEN REMOVED FROM LOAN

And now, come the undersigned parties, by and through their respective counsel and respectfully request that this Honorable Court to entered this Consent Order

WHEREAS, Respondent The Bank of New York Mellon, As Trustee for CIT Mortgage Loan Trust 2007-1, ("Respondent") filed a Notice of Post-Petition Mortgage Fees, Expenses and Charges on June 12, 2018;

WHEREAS, on August 29, 2018, Respondent filed its Withdrawal of the Notice of Post-Petition Mortgage Fees, Expenses, and Charges;

WHEREAS, on October 17, 2018, Movant filed her Motion to Compel Proof that Charges have been Removed from the Loan;

WHEREAS, on October 26, 2018, Respondent filed its Affidavit evidencing that the charges had been removed; (See DE #44);

WHEREAS, on December 4, 2018, the parties conferred and agreed that the October 26, 2018, Affidavit had complied with the Court's November 29, 2019, Order; and

WHEREAS, the parties are jointly respectfully requesting that the hearing scheduled for March 13, 2019, at 11:00 A.M. be cancelled and no further responsive pleadings in this matter shall be required.

**CONSENTED TO BY:**

| | |
|---|---|
| /s/ Ronda J. Winnecour | /s/ Lauren B. Karl |
| Ronda J. Winnecour, Esquire | Lauren B. Karl, Esquire |
| Chapter 13 Trustee | Attorney for Respondent |
| ID No. 30399 | Id No. 88209 |
| U.S. Steel Tower, Suite 3250 | RAS CRANE, LLC. |
| 600 Grant Street | P.O. Box 305 |
| Pittsburgh, PA 15219 | Ingomar, PA 15127 |
| 412-471-5566 | 973-575-0707 x340 |
| cmecf@chapter13trusteewdpa.com | lkarl@rascrane.com |

**It is hereby ORDERED that the parties' Consent Order is hereby APPROVED.**

BY THE COURT:

Dated: March 8, 2019

**CARLOTA M. BOHM, U.S.B.J.**

FILED
3/8/19 8:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Emanuel R. Mori
    Debtor

Case No. 18-21179-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Mar 08, 2019
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
db            +Emanuel R. Mori,    801 Limestone Drive,    Allison Park, PA 15101-4225
              +Laren B. Karl, Esquire,    RAS CRANE, LLC,    P.O. Box 305,    Ingomar, PA 15127-0305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:

         Bryan P. Keenan    on behalf of Debtor Emanuel R. Mori keenan662@gmail.com,    melindap662@gmail.com
         Harry B. Reese    on behalf of Creditor    Bayview Loan Servicing LLC harry.reese@pkallc.com,    chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
         James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
         James A. Prostko    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com,    james.prostko@phelanhallinan.com
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,    cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,    cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,    cnoroski@grblaw.com
         Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon, As Trustee Et Al pawb@fedphe.com
         Jill Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing LLC jill@pkallc.com,    chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,    DMcKay@bernsteinlaw.com
         Kevin M Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 kbuttery@rascrane.com
         Lauren Berschler Karl    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 lkarl@rascrane.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,    Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         Thomas Song    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com
                                                                                                                       TOTAL: 16