Form 005

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Emanuel R. Mori**
   Debtor(s)

Bankruptcy Case No.: 18–21179–CMB
Chapter: 13
Related to Document No.:
Concil. Conf.: July 11, 2019 at 01:30 PM

## ORDER

     On May 23, 2019, a Conciliation Conference was conducted on the June 20, 2018 Plan, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

     **AND NOW,** this **The 29th of May, 2019**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  **On or before June 7, 2019,** the Debtor(s) shall file and serve a copy of this **Order** and an **Amended Plan** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying **Certificate of Service**.

     (2)  **On or before June 28, 2019,** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

     (3)  **On July 11, 2019 at 01:30 PM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

     (4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

     (5)  Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

     (6)

Dated: May 29, 2019

cm: Debtor
    Counsel for Debtor

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-21179-CMB
Emanuel R. Mori                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel           Page 1 of 1           Date Rcvd: May 29, 2019
                              Form ID: 005         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db             +Emanuel R. Mori,    801 Limestone Drive,    Allison Park, PA 15101-4225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor Emanuel R. Mori keenan662@gmail.com, melindap662@gmail.com
              Harry B. Reese    on behalf of Creditor    Bayview Loan Servicing LLC harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              James Warmbrodt    on behalf of Creditor    The Bank Of New York Mellon, As Trustee Et Al
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
               pawb@fedphe.com, james.prostko@phelanhallinan.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon, As Trustee Et Al
               pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin M Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 kbuttery@rascrane.com
              Lauren Berschler Karl    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 lkarl@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas Song    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
               pawb@fedphe.com
                                                                                             TOTAL: 17