Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Emanuel R. Mori**
   Debtor(s)

Bankruptcy Case No.: 18–21179–CMB

Chapter: 13
Docket No.: 76 – 75
Concil. Conf.: March 19, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 27, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 9, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **March 19, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 13, 2020

                                                                  Carlota M. Bohm
                                                                  United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21179-CMB
Emanuel R. Mori                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw            Page 1 of 2           Date Rcvd: Jan 13, 2020
                            Form ID: 410          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
```
db          +Emanuel R. Mori,    801 Limestone Drive,    Allison Park, PA 15101-4225
cr          +City & School District of Pittsburgh,    Goehring, Rutter & Boehm,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
              UNITED STATES OF AMERICA 15219-6101
cr          +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
              Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr          +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
              UNITED STATES 15219-6101
14800328    +Allegheny County,    c/o Jordan Tax Service,    102 Rahway Dr,    Canonsburg, PA 15317-3349
14800330    +Bank of America N.A.,    655 Paper Mill Road,    Newark, DE 19711-7500
14859048    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14800331    +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
14800336    +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
              Saint Louis, MO 63179-0040
14830221    +City & School District of Pittsburgh,    Goehring, Rutter & Boehm,
              c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
              Pittsburgh, PA 15219-6101
14800337    +City of Pittsbugh/SD of Pittsburgh,    c/o Jordan Tax Service, Inc.,    102 Rahway Road,
              Canonsburg, PA 15317-3349
14830223    +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14800338    +Credit Protection Assoc/Etan Industries,    Attn: Bankruptcy,    Re: Peoples Natural Gas,
              Po Box 802068,    Dallas, TX 75380-2068
14852970     HSBC Bank USA, National Association ET. AL.,    OCWEN LOAN SERVICING, LLC,
              Attn: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14800339    +KML Law Group,    c/o Nora Viggiano,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
14815523    +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14830222    +Pittsburgh Water & Sewer Authority,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14800332    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 14 2020 03:00:38
              Bayview Loan Servicing LLC,    Customer Service Dept.,    4425 Ponce De Leon Blvd.,
              Miami, FL 33146-1837
14860083     E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 14 2020 03:00:38
              Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th floor,
              Coral Gables, FL, 33146-1837
14800333    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jan 14 2020 03:00:56      Caliber Home Loans,
              13801 Wireless Way,    Oklahoma City, OK 73134-2500
14800334    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jan 14 2020 03:00:56      Caliber Home Loans, In,
              13801 Wireless Way,    Oklahoma City, OK 73134-2500
14800335    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 03:04:55      Capital One,
              Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14857739    +E-mail/Text: kburkley@bernsteinlaw.com Jan 14 2020 03:00:46      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
14800340    +E-mail/Text: bankruptcydpt@mcmcg.com Jan 14 2020 03:00:12      Midland Funding,
              Attn: Bankruptcy,    Re: Citibank N.A.,    Po Box 939069,    San Diego, CA 92193-9069
14855978    +E-mail/Text: bankruptcydpt@mcmcg.com Jan 14 2020 03:00:12      Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
14800341    +Fax: 407-737-5634 Jan 14 2020 03:08:16      Ocwen Loan Servicing, Llc,
              Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
14834343     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 03:03:51
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14811987    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 03:26:59
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14859211     E-mail/Text: bnc-quantum@quantum3group.com Jan 14 2020 02:59:55
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14800342    +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 03:03:43      Synchrony Bank/Sams Club,
              Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15039813     E-mail/Text: jennifer.chacon@spservicing.com Jan 14 2020 03:00:57
              The Bank of New York Mellon, et al,    c/o SELECT PORTFOLIO SERVICING,    P.O. Box 65450,
              Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bayview Loan Servicing LLC
cr            CALIBER HOME LOANS, INC.
cr            HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET.
cr            THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MO
cr            The Bank Of New York Mellon, As Trustee Et Al
```

```
District/off: 0315-2           User: dsaw                Page 2 of 2                Date Rcvd: Jan 13, 2020
                               Form ID: 410              Total Noticed: 31


              ***** BYPASSED RECIPIENTS (continued) *****
cr              The Bank of New York Mellon, successor to The Bank
cr*            +Bank of America, N.A.,   P O Box 982284,   EL PASO, TX 79998-2284
cr*            +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14859675*      +CALIBER HOME LOANS,   13801 WIRELESS WAY,   OKLAHOMA CITY, OK 73134-2500
15039817*       The Bank of New York Mellon, ET AL,   C/O SELECT PORTFOLIO SERVICING, INC,   PO Box 65450,
                 Salt Lake City, UT 84165-0450
14800329      ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                                     TOTALS: 6, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor Emanuel R. Mori keenan662@gmail.com,
               melindap662@gmail.com
              Harry B. Reese    on behalf of Creditor    Bayview Loan Servicing LLC harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;sarah.mccaffery@powerskirn.com
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    The Bank Of New York Mellon, As Trustee Et Al
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
                pawb@fedphe.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon, As Trustee Et Al
               pawb@fedphe.com
              Jill  Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;sarah.mccaffery@powerskirn.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin M Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 kbuttery@rascrane.com
              Lauren Berschler Karl    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 lkarl@rascrane.com,   lbkarl03@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert  Davidow    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
                robert.davidow@phelanhallinan.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas  Song    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
                pawb@fedphe.com
                                                                                                 TOTAL: 18
```