# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-21179-CMB |
| Emanuel R. Mori | ) | Chapter 13 |
|    Debtor | ) | |
| Emanuel R. Mori | ) | Related to: Document No. 81 |
|    Movant | ) | |
| vs | ) | **ENTERED BY DEFAULT** |
|    No Respondent | ) | |

### ORDER APPROVING RETENTION OF REALTOR/BROKER

*AND NOW*, this __17th__ day of __March__, *2020*, upon consideration of the *Motion to Employ Realtor*, it is ORDERED, ADJUDGED and DECREED as follows:

   (1) Berkshire Hathaway and Donald N. Kolessar, Jr**,** is hereby appointed, as of the date of filing the *Motion*, as *Realtor* for the Debtor, **Emanuel R. Mori** in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the *Motion* for the purpose of acting as the Movants agent in connection with the sale of real estate located 4621 Carroll street. Pittsburgh, PA 15224, block and lot: 050-J-151at Berkshire Hathaway and Donald N. Kolessar, Jr.  A realtor commission in the amount of $295.00 plus 6% of the gross sale price or a minimum of $295.00 plus $4,000.00 on the sale price is tentatively approved subject to final Court order. *Movant shall serve the within Order on all interested parties and file a certificate of service.*

   (2) Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases. Tentative approval of the commission set forth above is premised on the understanding that the property will be sold at or near the list price as set forth in the *Motion*. Any deviation from the list price will be considered as a factor by the Court in setting final compensation in this matter.

(3) Approval of any motion for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. '328(a)*. Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

(4) Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Realtor, this *Order* does not authorize the Realtor to retain or pay any outside counsel or other professional to assist the Realtor in this matter unless such is done at no expense to Movant, directly or indirectly. Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

By the Court

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
3/17/20 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Emanuel R. Mori
    Debtor

Case No. 18-21179-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Mar 17, 2020
                  Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
db         +Emanuel R. Mori,    801 Limestone Drive,    Allison Park, PA 15101-4225
r          +Donald N. Kolessar, Jr.,    Berkshire Hathaway,    9401 McKnight Road,
          Pittsburgh, PA 15237-6000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2020 at the address(es) listed below:
         Bryan P. Keenan    on behalf of Debtor Emanuel R. Mori keenan662@gmail.com, melindap662@gmail.com
         Harry B. Reese    on behalf of Creditor    Bayview Loan Servicing LLC bankruptcy@powerskirn.com
         James Warmbrodt    on behalf of Creditor    The Bank Of New York Mellon, As Trustee Et Al
          bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
          New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
          CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
         James A. Prostko    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
          pawb@fedphe.com
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
          cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
          cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,
          cnoroski@grblaw.com
         Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon, As Trustee Et Al
          pawb@fedphe.com
         Jill Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing LLC
          bankruptcy@powerskirn.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Kevin M Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
          MORTGAGE LOAN TRUST 2007-1 kbuttery@rascrane.com
         Lauren Berschler Karl    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
          MORTGAGE LOAN TRUST 2007-1 lkarl@rascrane.com, lbkarl03@yahoo.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Robert Davidow    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
          robert.davidow@phelanhallinan.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         Thomas Song    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
          pawb@fedphe.com
                                                                                                   TOTAL: 18