Form RSC2 (Reschedule Conciliation/COD)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Emanuel R. Mori**
   Debtor(s)

Bankruptcy Case No.: 18–21179–CMB
Chapter: 13

## ORDER

    The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 19, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 18, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Emanuel R. Mori
    Debtor

Case No. 18-21179-CMB
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: llea              Page 1 of 3              Date Rcvd: Mar 18, 2020
                              Form ID: RSCcon         Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.

```
db             +Emanuel R. Mori,    801 Limestone Drive,    Allison Park, PA 15101-4225
cr             +City & School District of Pittsburgh,    Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                 UNITED STATES OF AMERICA 15219-6101
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
r              +Donald N. Kolessar, Jr.,    Berkshire Hathaway,    9401 McKnight Road,
                 Pittsburgh, PA 15237-6000
cr             +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                 UNITED STATES 15219-6101
14800328       +Allegheny County,    c/o Jordan Tax Service,    102 Rahway Dr,    Canonsburg, PA 15317-3349
14800330       +Bank of America N.A.,    655 Paper Mill Road,    Newark, DE 19711-7500
14859048       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14800331       +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
14800336       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14830221       +City & School District of Pittsburgh,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14800337       +City of Pittsbugh/SD of Pittsburgh,    c/o Jordan Tax Service, Inc.,    102 Rahway Road,
                 Canonsburg, PA 15317-3349
14830223       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14800338       +Credit Protection Assoc/Etan Industries,    Attn: Bankruptcy,    Re: Peoples Natural Gas,
                 Po Box 802068,    Dallas, TX 75380-2068
14852970        HSBC Bank USA, National Association ET. AL.,    OCWEN LOAN SERVICING, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14800339       +KML Law Group,    c/o Nora Viggiano,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14815523       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14830222       +Pittsburgh Water & Sewer Authority,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14800332       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 19 2020 04:48:09
                 Bayview Loan Servicing LLC,    Customer Service Dept.,    4425 Ponce De Leon Blvd.,
                 Miami, FL 33146-1873
14860083       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 19 2020 04:48:09
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th floor,
                 Coral Gables, FL 33146-1873
14800333       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 19 2020 04:48:48     Caliber Home Loans,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
14800334       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 19 2020 04:48:48     Caliber Home Loans, In,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
14800335       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:41:15     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14857739       +E-mail/Text: kburkley@bernsteinlaw.com Mar 19 2020 04:48:34     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14800340       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2020 04:47:29     Midland Funding,
                 Attn: Bankruptcy,    Re: Citibank N.A.,    Po Box 939069,    San Diego, CA 92193-9069
14855978       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2020 04:47:29     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14800341       +Fax: 407-737-5634 Mar 19 2020 04:46:54     Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
14834343        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:43:37
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14811987       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:42:21
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14859211        E-mail/Text: bnc-quantum@quantum3group.com Mar 19 2020 04:46:42
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14800342       +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:42:07     Synchrony Bank/Sams Club,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15039813        E-mail/Text: jennifer.chacon@spservicing.com Mar 19 2020 04:48:50
                 The Bank of New York Mellon, et al,    c/o SELECT PORTFOLIO SERVICING,    P.O. Box 65450,
                 Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 14
```

```
District/off: 0315-2           User: llea                  Page 2 of 3                   Date Rcvd: Mar 18, 2020
                               Form ID: RSCcon             Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing LLC
cr              CALIBER HOME LOANS, INC.
cr              HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET.
cr              THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MO
cr              The Bank Of New York Mellon, As Trustee Et Al
cr              The Bank of New York Mellon, successor to The Bank
cr*            +Bank of America, N.A.,    P O Box 982284,    EL PASO, TX 79998-2284
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14859675*      +CALIBER HOME LOANS,    13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
15039817*       The Bank of New York Mellon, ET AL,    C/O SELECT PORTFOLIO SERVICING, INC,    PO Box 65450,
                 Salt Lake City, UT 84165-0450
14800329      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                      TOTALS: 6, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
          Bryan P. Keenan    on behalf of Debtor Emanuel R. Mori keenan662@gmail.com,  melindap662@gmail.com
          Harry B. Reese    on behalf of Creditor    Bayview Loan Servicing LLC bankruptcy@powerskirn.com
          James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
           New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
           CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    The Bank Of New York Mellon, As Trustee Et Al
           bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
           pawb@fedphe.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon, As Trustee Et Al
           pawb@fedphe.com
          Jill  Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing LLC
           bankruptcy@powerskirn.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kevin M Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
           MORTGAGE LOAN TRUST 2007-1 kbuttery@rascrane.com
          Lauren Berschler Karl    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
           MORTGAGE LOAN TRUST 2007-1 lkarl@rascrane.com,  lbkarl03@yahoo.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert  Davidow    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
           robert.davidow@phelanhallinan.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
```

```
District/off: 0315-2          User: llea              Page 3 of 3            Date Rcvd: Mar 18, 2020
                              Form ID: RSCcon         Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Thomas   Song    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com

                                                                                                                   TOTAL: 18