**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **18-21179-CMB** |
| Emanuel R. Mori | : | Chapter 13 |
|     Debtor | : | Document No. ____ |
| The Bank of New York Mellon, | : | |
| successor to The Bank of New York | : | Related to Document #98 |
| not in its individual capacity but solely | : | |
| as Trustee on behalf of the holder of the | : | |
| CIT Mortgage Loan Trust, 2007-1 | : | Hearing Date Continued to: |
| Asset-Backed Certificates, Series | : | 8/26/2020 at 10:00 a.m. |
| 2007-1 | : | |
|     Movants | : | |
| vs | : | |
| Emanuel R. Mori | : | |
|     Respondent | : | |
|     and | : | |
| Ronda J. Winnecour, Trustee | : | |
|     Additional Respondent(s | : | |

**CERTIFICATE OF SERVICE OF
CONSENT ORDER TO CONTINUE THE
HEARING ON RESPONDENTS MOTION
FOR REIEF FROM THE AUTOMATIC STAY
TO AUGUST 26, 2020 AT 10:00 A.M.**

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: **May 8, 2020**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **electronic notification.**

**1.)  Service by Electronic Notification**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com
c . The Bank of New York Mellon successor to The Bank of New York **...,** KML Law Group, P.C. James Warmbrodt, Esquire at bkgroup@kmllawgroup.com

Date:  **May 8 2020**                                   **/s/ Bryan P. Keenan**
                                                                          Bryan  P. Keenan, PA ID No. 89053
                                                                          Bryan  P. Keenan  & Associates P.C.
                                                                          Attorney for Debtor
                                                                          993 Greentree Road, Suite 101
                                                                          Pittsburgh, PA 15220
                                                                          (412) 922-5116
                                                                          keenan662@gmail.com