IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-21179-CMB |
| Emanuel R. Mori | : | Chapter 13 |
|     Debtor | : | |
| The Bank of New York Mellon, | : | Related to Document: <u>91</u> |
| successor to The Bank of New York | : | |
| not in its individual capacity but solely | : | |
| as Trustee on behalf of the holder of the | : | |
| CIT Mortgage Loan Trust, 2007-1 | : | |
| Asset-Backed Certificates, Series | : | |
| 007-1 | : | |
|     Movants | : | |
| ***************************************** | : | |
|     v. | : | |
| Emanuel R. Mori | : | |
|     Respondent | : | |
|     and | : | |
| Ronda J. Winnecour, Trustee, | : | |
|     additional Respondent | : | |

CONSENT ORDER TO CONTINUE THE
HEARING ON MOVANT'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY
FOR A 90 DAY PERIOD

**AND NOW**, to wit, this \_\_\_7th\_\_\_ day of \_\_\_\_May\_\_\_\_, 2020, upon consideration of the Motion and Responses filed in the above-captioned proceedings and the consent of the parties; it is **ORDERED, ADJUDGED AND DECREED** the Hearing scheduled for May 12, 2020 at 10:00 shall be continued for 90 days to a TELEPHONIC Hearing on August 26, 2020 at 10:00 a.m., to see how debtor's attempts to sell the property are progressing.

                                                                                                  _____
                                                                                                  Carlota M. Böhm      **glb**
                                                                                                  Chief United States Bankruptcy Judge

                                                                                                  FILED
                                                                                                  5/7/20 11:28 am
                                                                                                  CLERK
                                                                                                  U.S. BANKRUPTCY
                                                                                                  COURT - WDPA

/s/ Bryan P. Keenan  
Bryan P. Keenan, Esquire  
keenan662@gmail.com  
PA ID # 89053  
Bryan P. Keenan & Associates, P.C.  
993 Greentree Road, Suite 101  
Pittsburgh, PA 15220  
(412) 922-5116  
Counsel for the Debtor/Respondent  

/s/ Owen W. Katz  
Owen W. Katz, Esquire  
okatz@chapter13trusteewdpa.com  
PA I.D. 36473  
U.S. Steel Tower, Suite 3250  
600 Grant Street  
Pittsburgh, PA 15219  
(412) 471-5566  
Attorney for Chapter 13 Trustee  

/s/ James C. Warmbrodt  
James C. Warmbrodt, Esquire  
jwarmbrodt@kmllawgroup.com  
Attorney I.D. No. 42524  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
Phone: 215-627-1322  
Attorney for Movant/Applicant

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 18-21179-CMB
Emanuel R. Mori                                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: gamr            Page 1 of 1            Date Rcvd: May 07, 2020
                          Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2020.
db             +Emanuel R. Mori,    801 Limestone Drive,    Allison Park, PA 15101-4225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2020 at the address(es) listed below:
        Bryan P. Keenan    on behalf of Debtor Emanuel R. Mori keenan662@gmail.com, melindap662@gmail.com
        Harry B. Reese    on behalf of Creditor    Bayview Loan Servicing LLC bankruptcy@powerskirn.com
        James Warmbrodt    on behalf of Creditor    The Bank Of New York Mellon, As Trustee Et Al
         bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
         New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
         CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
        James A. Prostko    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
         pawb@fedphe.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon, As Trustee Et Al
         pawb@fedphe.com
        Jill Manuel-Coughlin    on behalf of Creditor    Bayview Loan Servicing LLC
         bankruptcy@powerskirn.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Kevin M Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
         MORTGAGE LOAN TRUST 2007-1 kbuttery@rascrane.com
        Lauren Berschler Karl    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
         MORTGAGE LOAN TRUST 2007-1 lkarl@rascrane.com, lbkarl03@yahoo.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Robert Davidow    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
         robert.davidow@phelanhallinan.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        Thomas Song    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL.
         pawb@fedphe.com
                                                                                                    TOTAL: 18