FILED
6/9/20 1:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

**Debtor:** EMANUEL R. MORI
**Case Number:** 18-21179-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JUNE 04, 2020 09:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

*Matter:*

#75 - Trustee's Certificate of Default to Dismiss

#78 - Amended Plan Dated 2/28/2020 (FC)
R / M #:  75 / 0

*Appearances:* Keenan

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone  *(DeSimone circled)*
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or [ via ZOOM. For information on
6. __✓__ The plan payment/term is increased/extended to _____, effective how to participate go to
7. __✓__ Plan/Motion continued to __10-8-20__ at __10:00__ .    www.ch13pitt.com
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at ___
9. __✓__ Contested Hearing: _____ at _____ .
10. __✓__ Other:

Continue for payment and possibility of amended plan (covid-19)

5/20/2020  12:01:36PM