# PROCEEDING MEMO

**Date:** 08/26/2020 10:00 am

**In re:** Emanuel R. Mori

                                        Bankruptcy No. 18-21179-CMB
                                        Chapter: 13
                                        Doc. # 91

**Appearances:**  BY PHONE:  Kate DeSimone
                              James C. Warmbrodt;  Bryan P. Keenan

**Nature of Proceeding:** #91 CONTINUED TELEPHONIC Hearing Re: Motion For Relief From The Automatic Stay (Creditor: The Bank of New York - 4621 Carroll Street, Pittsburgh, PA 15224)

**Additional Pleadings:** #94 Response by Trustee
                            #95 Response by Debtor
                            #97 Settlement and Certification of Counsel Regarding Consent Order To Continue The Hearing on Movant's Motion For Relief From the Automatic Stay For a 90 Day Period
                            #98 Consent Order Signed 05/07/2020 - Continued Telephonic Hearing set for 08/26/2020 at 10:00 a.m. to see how debtor's attempts to sell the property are progressing
                            #99 Certificate of Service of Docket #98

**Judge's Notes:**

- Keenan: Delays showing the property due to COVID. Have a potential offer; there is an interested party. There was a price adjustment to get this moving. Client also made 2 full payments. Seek continuance of 60 days with intent to move forward ASAP with a sale if possible.
- Warmbrodt: Agree that this is an appropriate request given equity in property and have received payments in June and July.
OUTCOME: Continued to 10/28 at 10am. Attorney Keenan try to get sale motion filed ASAP and then may not need a continued hearing on this motion.

                                                          **Carlota M. Böhm**

                                                          **Chief U.S. Bankruptcy Judge**

                                                          FILED
                                                          8/26/20 2:31 pm
                                                          CLERK
                                                          U.S. BANKRUPTCY
                                                          COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-21179-CMB
Emanuel R. Mori                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr              Page 1 of 1            Date Rcvd: Aug 26, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2020.
db          +Emanuel R. Mori,   801 Limestone Drive,   Allison Park, PA 15101-4225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:
    Bryan P. Keenan    on behalf of Debtor Emanuel R. Mori keenan662@gmail.com, melindap662@gmail.com
    Harry B. Reese    on behalf of Creditor    Bayview Loan Servicing LLC bankruptcy@powerskirn.com
    James Warmbrodt    on behalf of Creditor    The Bank Of New York Mellon, As Trustee Et Al bkgroup@kmllawgroup.com
    James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
    James A. Prostko    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com
    Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
    Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
    Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
    Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon, As Trustee Et Al pawb@fedphe.com
    Jill Manuel-Coughlin   on behalf of Creditor    Bayview Loan Servicing LLC bankruptcy@powerskirn.com
    Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
    Kevin M Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 kbuttery@rascrane.com
    Lauren Berschler Karl    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 lkarl@rascrane.com, lbkarl03@yahoo.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Robert Davidow    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL. robert.davidow@phelanhallinan.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
    Thomas Song    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com
                                                      TOTAL: 18