# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
10/9/20 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Conciliation Conference:

- **Debtor:** EMANUEL R. MORI
- **Case Number:** 18-21179-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 08, 2020 10:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#75 - Trustee's Certificate of Default to Dismiss

#78 - Continued Confirmation of Plan Dated 2/28/20 (FC)
R / M #: 0 / 0

*[Handwritten notes:]* 30 months into case. Plan includes sale of RE. Plan currently > $66K in arrears

### Appearances:

Debtor: Keeny
Trustee: Winnecour / Pai / Katz / **DeSimone** (circled)
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. **X** Contested Hearing: 10/23/20 at 10:00 AM.
10. **X** Other:

*[Handwritten:]* If plan is not feasible, conversion might be in the best interest of creditors given age of case and apparent equity in assets

10/2/2020  10:17:48AM