**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-21179-CMB |
| Emanuel R. Mori | ) | Chapter 13 |
|    Debtor | ) | Doc No. ___ |
| Emanuel R. Mori | ) | |
|    Movant | ) | Response Due: 11/16/2020 |
| vs | ) | Hearing Date: 11/24/2020 |
|    No Respondent | ) | at 11:30 a.m. |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR'S MOTION TO EMPLOY REALTOR IN ACCORDACNE WITH THE (TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020)**

**TO THE RESPONDENT(S):** You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **November 16, 2020**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A telephonic hearing will be held on **November 24, 2020 at 11:30 a.m. before the Chief Judge Carlota M. Bohm.** Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear telephonically and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of service: **October 28, 2020**         **/s/Bryan P. Keenan**
                                                                       **Bryan P. Keenan, PA ID No. 89053**
                                                                       **Bryan P. Keenan & Associates P.C.**
                                                                       **Attorneys for Debtor**
                                                                       **993 Greentree Road, Suite 101**
                                                                       **Pittsburgh, PA 15220**
                                                                       **(412) 922-5116**
                                                                       **keenan662@gmail.com**