**Date: 10/28/2020 10:00 am**

**In re:   Emanuel R. Mori**

**Bankruptcy No. 18-21179-CMB**
**Chapter: 13**
**Doc. # 75**

**Appearances:  BY PHONE:  Owen Katz**
**Bryan P. Keenan; Brian Nicholas**

**Nature of Proceeding: #78 CONTESTED Hearing Re: Amended Chapter 13 Plan Dated 02/28/2020**

**Additional Pleadings: #75 Trustee's Certificate of Default Requesting Dismissal of Case**
**#78 Amended Chapter 13 Plan Dated 02/28/2020**
**#105 Conciliation Conference Minutes Dated 10/08/2020 - Continued to CONTESTED Hearing on 10/28/2020 at 10:00 a.m.**

**Judge's Notes:**
- Katz: Concern about lack of progress. Significant arrears. 30 months into case. Sale of real estate has not taken place. Would seek conversion over dismissal.
- Keenan: An offer has come in and counter offer made re one property. In addition, now that restaurant back open, made $16,000 payment in good faith. Also listed a second property for sale.
- Come back in 60 days to see where the sales are.
OUTCOME: continued to 1/6/21 at 2:30pm.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
10/28/20 2:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21179-CMB |
| Emanuel R. Mori | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

**Recip ID        Recipient Name and Address**
db            + Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 30, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
    on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor The Bank Of New York Mellon  As Trustee Et Al bnicholas@kmllawgroup.com

Bryan P. Keenan
    on behalf of Debtor Emanuel R. Mori keenan662@gmail.com  melindap662@gmail.com

Harry B. Reese
    on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com

James A. Prostko
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com

Jeffrey R. Hunt

Case 18-21179-CMB    Doc 110    Filed 10/30/20    Entered 10/31/20 00:39:06    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com |
| Jerome B. Blank | |
| | on behalf of Creditor The Bank Of New York Mellon  As Trustee Et Al pawb@fedphe.com |
| Jill Manuel-Coughlin | |
| | on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kevin M Buttery | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON  AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 kbuttery@rascrane.com |
| Lauren Berschler Karl | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON  AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 lkarl@rascrane.com, lbkarl03@yahoo.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | |
| | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com |
| Thomas Song | |
| | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com |

TOTAL: 18