**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 18-21179-CMB** |
| **Emanuel R. Mori** | ) | **Chapter 13** |
|    **Debtor** | ) | **Doc No. ___** |
| **Emanuel R. Mori** | ) | |
|    **Movant** | ) | **Response Due: 11/16/2020** |
| **vs** | ) | **Hearing Date: 11/24/2020** |
|    **No Respondent** | ) | **at 11:30 a.m.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATON TO EMPLOY SPECIAL COUNSEL**

The undersigned hereby certifies, as of the date hereof, no motion, answer or other responsive pleading to the Application filed on **October 27, 2020** has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no motion, answer or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, a motion or answer to the Application were to be filed and served no later than **November 16, 2020**.

It is hereby respectfully requested that the Order to the Application be entered by the court.

**Date: November 17, 2020**                                             **/s/Bryan P. Keenan**
                                                                                    Bryan P. Keenan, PA ID No. 89053
                                                                                    Bryan P. Keenan & Associates P.C.
                                                                                    Attorney for Debtor
                                                                                    993 Greentree Road, Suite 101
                                                                                    Pittsburgh, PA 15220
                                                                                    (412) 922-5116
                                                                                    keenan662@gmail.com