# PROCEEDING MEMO

**Date: 11/24/2020 11:30 am**

**In re:  Emanuel R. Mori**

**Bankruptcy No. 18-21179-CMB**
**Chapter: 13**
**Doc. # 106**

**Appearances:  BY PHONE:  No one present.**

**Nature of Proceeding:** #106 Debtor's Motion To Retain Real Estate Broker

**Additional Pleadings:** #114 Certificate of No Objection
#115 Response by Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC
#116 Debtor's Reply To The Limited Response To Debtor's Motion To Retain Real Estate Broker With Exhibit Motion To Retain Real Estate Broker

**Judge's Notes:**
- No one present.
OUTCOME:
- Continued to 12/9 at 10am.
- Attorney McCaffery to file report by 12/3 indicating if she is withdrawing her response so that an order can be entered granting the motion. If so, hearing on 12/9 can be cancelled.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
11/24/20 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Emanuel R. Mori  
    Debtor(s)

Case No. 18-21179-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2  
Date Rcvd: Nov 24, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor HSBC Bank USA National Association ET AL andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor The Bank Of New York Mellon  As Trustee Et Al bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Emanuel R. Mori keenan662@gmail.com melindap662@gmail.com |
| Harry B. Reese | on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com |

Case 18-21179-CMB    Doc 120    Filed 11/26/20    Entered 11/27/20 00:36:23    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| James A. Prostko | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com   cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com   cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com   cnoroski@grblaw.com |
| Jerome B. Blank | on behalf of Creditor The Bank Of New York Mellon  As Trustee Et Al pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com |
| Kevin M Buttery | on behalf of Creditor THE BANK OF NEW YORK MELLON  AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 kbuttery@rascrane.com |
| Lauren Berschler Karl | on behalf of Creditor THE BANK OF NEW YORK MELLON  AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 lkarl@rascrane.com, lbkarl03@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com   Equitablebankruptcy@peoples-gas.com |
| Sarah Kathleen McCaffery | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@powerskirn.com |
| Thomas Song | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com |

TOTAL: 20