**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Emanuel R. Mori<br>Debtors | Chapter 13 Proceeding<br><br>18-21179-CMB |
| Emanuel R. Mori<br>                                   Movant<br>                    v.<br>Community Loan Servicing, LLC f/k/a Bayview Loan<br>Servicing, LLC<br>Ronda J. Winnecour, Esquire<br>                                   Respondents | |

**ORDER APPROVING CONSENT AGREEMENT**

AND NOW, this ___ day of _____, 2020, the Consent Agreement Resolving Debtor's Motion to Retain Real Estate Broker and Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC's Limited Opposition Response is hereby approved by the Court; and

IT IS FURTHER ORDERED THAT:

   (a)   Debtor shall list the property located at 602 Willruth Drive, Allison Park, PA 15101 (the "Property") for sale with Berkshire Hathaway and Donald N. Kolessar, Jr.

   (b)  The Property shall be listed at $615,000.00 for a listing period of six (6) months, commencing with entry of court approval of this Consent Order.

   (c)  Any Agreement of Sale which will not satisfy the full value of Respondent's Claim shall be subject to Respondent's final approval.

                              _____

                                United States Bankruptcy Judge