# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Emanuel R. Mori<br>Debtors | Chapter 13 Proceeding |
| Emanuel R. Mori<br><br>                                    Movant<br>v.<br>Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC<br>Ronda J. Winnecour, Esquire<br>                              Respondents | 18-21179-CMB<br><br>Related to: Document Nos. 106 and 127 |

## ORDER APPROVING CONSENT AGREEMENT

AND NOW, this **8th** day of _December_, 2020, the Consent Agreement Resolving Debtor's Motion to Retain Real Estate Broker and Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC's Limited Opposition Response is hereby approved by the Court; and

IT IS FURTHER ORDERED THAT:

(a) Debtor shall list the property located at 602 Willruth Drive, Allison Park, PA 15101 (the "Property") for sale with Berkshire Hathaway and Donald N. Kolessar, Jr.

(b) The Property shall be listed at $615,000.00 for a listing period of six (6) months, commencing with entry of court approval of this Consent Order.

(c) Any Agreement of Sale which will not satisfy the full value of Respondent's Claim shall be subject to Respondent's final approval.

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
12/8/20 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21179-CMB |
| Emanuel R. Mori | Chapter 13 |
|     Debtor(s) | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225 |
| r | + | Donald N. Kolessar, Jr., Berkshire Hathaway, 9401 McKnight Road, Pittsburgh, PA 15237-6000 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| br | *+ | Donald N. Kolessar, Jr., Berkshire Hathaway, 9401 McKnight Road, Pittsburgh, PA 15237-6000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020                 Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Andrew L. Spivack
    on behalf of Creditor HSBC Bank USA National Association ET AL andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Brian Nicholas
    on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor The Bank Of New York Mellon  As Trustee Et Al bnicholas@kmllawgroup.com

Bryan P. Keenan

Case 18-21179-CMB    Doc 131    Filed 12/10/20    Entered 12/11/20 00:38:51    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: mgut | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Debtor Emanuel R. Mori keenan662@gmail.com melindap662@gmail.com

Harry B. Reese

on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com

James A. Prostko

on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com

Jeffrey R. Hunt

on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt

on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt

on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com cnoroski@grblaw.com

Jerome B. Blank

on behalf of Creditor The Bank Of New York Mellon As Trustee Et Al pawb@fedphe.com

Jill Manuel-Coughlin

on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Kevin M Buttery

on behalf of Creditor THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 kbuttery@rascrane.com

Lauren Berschler Karl

on behalf of Creditor THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 lkarl@rascrane.com, lbkarl03@yahoo.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Robert Davidow

on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE ET. AL. robert.davidow@phelanhallinan.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sarah Kathleen McCaffery

on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@powerskirn.com

Thomas Song

on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com

TOTAL: 20