Bankruptcy Notice. Case Number: 18-21179-CMB. Debtor: Emanuel R. Mori

PAGE 1 OF 2

## Proof of Publication of Notice in Pittsburgh Legal Journal

Commonwealth of Pennsylvania     }
                                 } SS:
County of Allegheny,             }

I, Janet M. Dalton, am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published by the Allegheny County Bar Association whose mailing address is 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and the image of the notice appearing to the right is the same as is published in the issue or issues of said legal newspaper on the following date or dates:

**Dec 14, 2020**

I further state that I am the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, and that I am not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication is true.

Date _____ 12/14/20 _____

Notary Public _____

Bryan P. Keenan
Bryan P. Keenan & Associates, P.C.
993 Greentree Rd., Ste. 101
Pittsburgh, PA 15220

### Statement of Advertising Cost

| | |
|---|---|
| For publishing the notice or advertisement on the above stated dates... | $703.80 |
| Proof Fees ............................................... | $0.00 |
| Total .................................................... | $703.80 |

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 20-04672

---

**Bankruptcy Notice**

In the United States Bankruptcy Court for the Western District of Pennsylvania
In Re: Emanuel R. Mori, Debtor
Emanuel R. Mori, Movant
vs.
The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the Holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1, c/o Select Portfolio Servicing Inc., Cith of Pittsburgh, School District of County of Allegheny, PWSA, Internal Revenue Service, Commonwealth of Pennsylvania, Department of Revenue, and Ronda J. Winnecour, Chapter 13 Trustee, Respondents
Bankruptcy No.: 18-21179-CMB
Chapter 13
Response Date: 12/28/2020
Hearing Date: 1/6/2021 at 2:30 p.m.
Notice of Hearing With Respsonse Deadline on Debtors' Motion to Sell Real Estate Free and Clear of All Mortgages, Liens and Encumbrances

To the creditors and parties in interest of the above named Debtor:

Notice is Hereby Given That an Expedited Motion for Sale of Real Property Free and Clear of all Mortgages, Liens and Encumbrances has been filed in the above-referenced case by the Debtor/Movant, Emanuel R. Mori, for the following property: 4621 Carroll Street Pittsburgh, PA 15224 to Ryan Adams with a mailing address of 298 Mount Royal Boulevard Pittsburgh, PA 15223 for $128,000.00 according to the terms set forth in the Motion for Sale. Any offers that exceed $128,000.00 shall be considered a higher/better offer.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than December 28, 2020, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and in the general procedures of Judge Bohm as found on her procedures web page at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Janet M. Dalton, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires June 8, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

No. _____    Term, _____

## Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss ___K. Flaherty___, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the _____ regular _____ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**11 of December, 2020**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

PG Publishing Company

Sworn to and subscribed before me this day of:
December 11, 2020

Commonwealth of Pennsylvania - Notary Seal
Melanie L. Goodwin, Notary Public
Allegheny County
My commission expires May 12, 2022
Commission number 1255781
Member, Pennsylvania Association of Notaries

### STATEMENT OF ADVERTISING COSTS

Bryan P Keenan & Associates PC
993 GREENTREE RD STE 101
Pittsburgh    PA 15220-3241

To PG Publishing Company

Total ---------------------------------------------- $1,059.50

## Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
CLINTON, PA 15026
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of
Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

_____
Attorney For

COPY OF NOTICE
OR PUBLICATION

UNITED STATES
BANKRUPTCY COURT
FOR THE WESTERN
DISTRICT OF
PENNSYLVANIA
Bankruptcy No.
18-21179-CMB
Chapter 13
Doc No.
Response Date:
12/28/2020
Hearing Date: 1/6/2021
at 2:30 p.m.
In Re: Emanuel R.
Mori, Debtor, Emanuel R.
Mori, Movant vs The Bank of
New York Mellon, successor
to The Bank of New York, not
in its individual capacity but
solely as Trustee on behalf of
the Holders of the CIT
Mortgage Loan Trust, 2007-1
Asset-Backed Certificates,
Series 2007-1, c/o Select
Portfolio Servicing, Inc., City of
Pittsburgh, School District of
Pittsburgh, County of
Allegheny, PWSA
INTERNAL REVENUE
SERVICE, COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT
OF REVENUE, and RONDA J
WINNECOUR, CHAPTER 13
TRUSTEE, Respondents
NOTICE OF HEARING WITH
RESPONSE DEADLINE ON
DEBTORS' MOTION TO SELL
REAL ESTATE FREE AND
CLEAR OF ALL
MORTGAGES, LIENS AND
ENCUMBRANCES
To the creditors and parties in
interest of the above named
Debtor:
NOTICE IS HEREBY GIVEN
THAT an Expedited Motion for
Sale of Real Property Free and
Clear of all Mortgages, Liens
and Encumbrances has been
filed in the above-referenced
case by the Debtor/Movant,
Emanuel R. Mori, for the
following property:
4621 Carroll Street Pittsburgh,
PA 15224
to Ryan Adams with a mailing
address of 298 Mount Royal
Boulevard Pittsburgh, PA,
15223 for $128,000.00
according to the terms set
forth in the Motion for Sale.
Any offers that exceed
$128,000.00 shall be
considered a higher/better
offer.
You are further notified to file
with the Clerk and serve upon
the undersigned attorney for
Movant a response to the
motion no later than
December 28, 2020, i.e.,
seventeen (17) days after the
date of service below, in
accordance with the Federal
Rules of Bankruptcy

this Court, and in the general procedures of Judge Bohm as found on her procedures web page at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on January 6, 2021, at 2:30 p.m. before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/1614380191, or alternatively you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: December 7, 2020

/s/ Bryan P. Keenan

Bryan P. Keenan, PA ID No. 89053

Bryan P. Keenan & Associates P.C.

Attorney for Debtor

993 Greentree Road, Suite 101

Pittsburgh, PA 15220

(412) 922-5116

keenan662@gmail.com

Arrangements for inspection prior to said sale hearing may be made with:

Donald N. Kolessar, Jr, Realtor Berkshire Hathaway

9401 McKnight Road

Pittsburgh, PA 15237

Phone: 412-367-8045

Email: donkolessar@thepreferredrealty.com

Your sale item has been recorded as item: 1562.

You may wish to print a copy of this page for your records.

Go to the Sale of Assets search page