# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 18-21179-CMB** |
| **Emanuel R. Mori** | ) | **Chapter 13** |
|    **Debtor** | ) | |
| **Emanuel R. Mori** | ) | **Doc No. ___** |
|    **Movant** | ) | |
| vs | ) | **Response Date: 12/28/2020** |
| **The Bank of New York Mellon, successor to** | ) | |
| **The Bank of New York, not in its individual** | ) | **Hearing Date: 1/6/2021** |
| **capacity but solely as Trustee on behalf of the** | ) | **at 2:30 p.m.** |
| **Holders of the CIT Mortgage Loan Trust,** | ) | |
| **2007-1 Asset-Backed Certificates, Series** | ) | |
| **2007-1, c/o Select Portfolio Servicing Inc.** | ) | |
| **City of Pittsburgh, School District of** | ) | |
| **County of Allegheny, PWSA** | ) | |
| **INTERNAL REVENUE SERVICE,** | ) | |
| **COMMONWEALTH OF PENNSYLVANIA,** | ) | |
| **DEPARTMENT OF REVENUE,** | ) | |
| **AND RONDA J. WINNECOUR,** | ) | |
| **CHAPTER 13 TRUSTEE,** | ) | |
|    **Respondents** | ) | |

## CERTIFICATION OF NO OBJECTION ON
## DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND
## CLEAROF ALL MORTGAGES, LIENS AND ENCUMBRANCES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **December 7, 2020** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **December 28, 2020.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Date: January 4, 2020**　　　　　　　　　　　　**/s/ Bryan P. Keenan**
　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan, PA ID No. 89053
　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan & Associates P.C.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　993 Greentree Road, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15220
　　　　　　　　　　　　　　　　　　　　　　　(412) 922-5116
　　　　　　　　　　　　　　　　　　　　　　　keenan662@gmail.com