# PROCEEDING MEMO

**Date: 01/06/2021 02:30 pm**

**In re:**   Emanuel R. Mori

**Bankruptcy No. 18-21179-CMB**
**Chapter: 13**
**Doc. # 124**

**Appearances:**  Bryan Keenan, Maria Miksich, Owen Katz, Elizabeth Kofmehl

**Nature of Proceeding:** #124 Motion To Sell Real Property Free and Clear of All Mortgages, Liens and Encumbrances - 4621 Carroll Street, Pittsburgh, PA 15224

**Additional Pleadings:** #129 Consent Order Signed 12/08/2020 Granting Application To Employ Donald N. Kolessar, Jr., as Real Estate Broker for the Debtor
#134 Proof of Publication in Pittsburgh Legal Journal and Pittsburgh Post-Gazette
#135 Certificate of No Objection

**Judge's Notes:**
- Kofmehl: $128,000 cash offer and all contingencies have been made. Ready to close on 1/20.
- Keenan: Buyer has made an offer of $128,000. Buyer is not related to the Debtor. This is an as-is, where-as sale, price is fair and reasonable and will yield a substantial benefit to Debtor. *In re Abbotts Dairies* standards have been met.
- There were no other interested buyers present and no objections to the sale. There were no higher or better offers.
- Katz: Issue raised with respect to proposed order and distribution of funds.

OUTCOME:
- Sale is confirmed with assurance that buyer is not currently in a Chapter 7 bankruptcy, buyer is not related to Debtor and is a good faith purchaser pursuant to *In re Abbotts Dairies*.
- Attorney Keenan to file a revised order tomorrow providing that his fees are to be paid first and the remaining money is not to be paid to creditors. The remaining money is to be paid to the trustee and will be distributed pursuant to further court order.
- Attorney Keenan to show Attorney Katz the order before he files it. Revised order will be entered.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
1/7/21 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA