UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | **Bankruptcy No. 18-21179-CMB** |
| **Emanuel R. Mori** | ) | **Chapter 13** |
|     Debtor | ) | |
| **Emanuel R. Mori** | ) | Doc No. ___ |
|     Movant | ) | |
| vs | ) | **Response Date: 12/28/2020** |
| **The Bank of New York Mellon, successor to** | ) | |
| **The Bank of New York, not in its individual** | ) | **Hearing Date: 1/6/2021** |
| **capacity but solely as Trustee on behalf of the** | ) | **at 2:30 p.m.** |
| **Holders of the CIT Mortgage Loan Trust,** | ) | |
| **2007-1 Asset-Backed Certificates, Series** | ) | |
| **2007-1, c/o Select Portfolio Servicing Inc.** | ) | |
| **City of Pittsburgh, School District of** | ) | |
| **County of Allegheny, PWSA** | ) | |
| **INTERNAL REVENUE SERVICE,** | ) | |
| **COMMONWEALTH OF PENNSYLVANIA,** | ) | |
| **DEPARTMENT OF REVENUE,** | ) | |
| **AND RONDA J. WINNECOUR,** | ) | |
| **CHAPTER 13 TRUSTEE,** | ) | |
|     **Respondents** | ) | |

**AMENDED ORDER CONFIRMING CHAPTER 13 SALE**
**OF PROPERTY FREE AND DIVESTED OF LIENS**

AND NOW, this _____ day of January 2021, on consideration of the Emanuel R. Mori Motion for Sale of Property Free and Divested of Liens to for $128,000.00, after a Zoom Video Conference Hearing held, this date, the Court finds:

(1) That service of the Notice of Hearing and Order setting hearing on said Motion for private sale of real property free and divested of liens of the above named Respondents, was effected on the following secured creditors whose liens are recited in said Motion/Complaint for private sale, viz:

| **DATE OF SERVICE** | **NAME OF LIENOR AND SECURITY** |
|---|---|
| ` | **1st Mortgage holder:**      **$44,139.78 (claim 12)** |
| **December 7, 2020** | The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the Holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series **2007-1, c/o Select Portfolio Servicing Inc.,** |

|  |  |
|---|---|
|  | By ECF Email Noticing & U.S.Mail |
|  | **Pre-Petition Library Tax:   $7.00 (claim 2)** |
| **December 7, 2020** | City/School District of Pittsburgh<br>c/o Goehring Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219<br>By ECF Email Noticing & U.S.Mail |
|  | **Pre-Petition Water & Sewage: $598.21 (claim 3)** |
| **December 7, 2020** | Pittsburgh Water and Sewage Authority (PWSA)<br>c/o Goehring Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219<br>By ECF Email Noticing & U.S.Mail |
|  | **NO LIEN:** |
| **December 7, 2020** | Allegheny County<br>c/o Goehring Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219<br>By ECF Email Noticing & U.S.Mail |
|  | **NO LIEN:** |
| **December 7, 2020** | Ronda J. Winnecour, Chapter 13 Trustee - By ECF Email Noticing (No Lien) |
|  | **NO LIEN:** |
| **December 7, 2020** | United States Trustee's Office, by ECF Email Noticing |
|  | **NO LIEN:** |
| **December 7, 2020** | Arnold A. Barnabei, Esquire, Office of Chief Counsel, PA Dept Rev., Dept. 281061, Harrisburg, PA 17128-1061, U.S. Mail |
|  | **NO LIEN:** |
| **December 7, 2020** | Jill L. Locnikar, Esq, Assistant United States Attorney, US Post Office & Courthouse, 700 Grant St. Suite 4000, Pittsburgh, PA 15219. |

(2) That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by the certificate of serviced duly filed and that the named parties were duly served with the Motion.

(3) That said sale hearing shall be duly advertised as follows:

a. Entered into the EASI System on **December 7, 2020** pursuant to *W.PA LBR 6004-1(c)(2)*

b. Published in the Pittsburgh Legal Journal on **December 14, 2020**

c. Published in the Pittsburgh Post Gazette on **December 11, 2020**

(4) That at the sale hearing the highest/best offer received was that of the above Purchaser and no objections to the sale were made which would result in cancellation of said sale.

(5) That the price of **$128,000.00** offered by Ryan Adams was a full and fair price for the property in question.

(6) That the Purchaser has acted in good faith with respect to the within sale in accordance with In re Abbotts Dairies of Pennsylvania, Inc., 788 F2d. 143 (3d Cir. 1986).

Now therefore, IT IS ORDERED, ADJUDGED AND DECREED that the sale by Special Warranty deed of the real property described as **4621 Carroll Street Pittsburgh, PA 15224** is hereby **CONFIRMED to Ryan Adams for $128,000.00,** free and divested of the above recited liens and claims, and, that the Movant is authorized to make, execute and deliver to the Purchaser above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale;

IT IS FURTHER ORDERED, that the above recited liens and claims, be, and they hereby are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens and claims;

FURTHER ORDERED, that the following expenses/costs shall immediately be paid at the time of closing. Failure of the Closing Agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order. Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movant pending further Order of this Court after notice and hearing:

(1) The following lien(s)/claim(s) of Emanuel R. Mori in the amounts of:

a. The Bank of New York Mellon, successor to
The Bank of New York, not in its individual
capacity but solely as Trustee on behalf of the
Holders of the CIT Mortgage Loan Trust,

2007-1 Asset-Backed Certificates, Series, (1st mortgage)
 Pay off TBD at closing est. at:: **$44,139.78**

(2) City and School District of Pittsburgh
   pre-petition Library Tax TBD at closing est. at **$7.00*** 

(3) Pittsburgh Water and Sewer Authority
   pre-petition Library Tax TBD at closing est. at **$598.21***

* The actual amounts shall be determined at closing, which shall require Payment in full of (a) all current real estate taxes and municipal claims, both of which shall be pro-rated between Buyer and Seller through the date of closing.

(4) The Court approved realtor commission
   which represents 6% of the gross sales price plus $295.00. **$7,975.00**

(5) Estimated closing expenses: **$4,977.75**

   a) Settlement or Closing Fee    $225.00
   b) Deed Pre and Notary fee      $225.00
   c) Municipal Inspection         $500.00
   d) Dye Test:                    $25.00
   e) Courier fee:                 $11.75
   f) Tax Certification            $125.00
   g) Wire Fee:                    $17.00
   h) Satisfaction Fee:            $150.00
   i) Notary Fee:                  $10.00
   j) State and Local Transfer Tax; $3,200.00
   k) Home Warranty:               $489.00

(6) Court approved attorney fees and costs payable to "Bryan P. Keenan & **$5,546.90**
   Associates at *993 Greentree Road, Suite 101, Pittsburgh, PA. 15220*";

* On November 25, 2020 at Document No. 119 the court approved the Application of Bryan Keenan, Esquire for Interim Compensation and Reimbursement of Expenses as Counsel for the Debtor for services rendered and expenses incurred for the period from March 12, 2018 through November 4, 2020.

 (7) The Reimbursement of Costs payable to "Bryan P. Keenan & Associates **$2,084.80**
*993 Greentree Road, Suite 101, Pittsburgh, PA. 15220*" estimated at;

  a. Pittsburgh Post Gazette Advertising $1,131.00
  b. Pittsburgh Legal Journal $772.80
  c. Court Filing Fee $181.00

 **(8) ESTIMATED MONIES NEEDED TO PAY CAPITIAL GAINS TAX:** **$12,444.00**
 payable to "Emanuel R. Mori 801 Limestone Drive
Allison Park, PA 15101."

\* The property was purchased for $5,000.00.

 (9) Estimated Chapter 13 Trustee "percentage fees" payable **$3,700.00** \*
to "*Ronda J. Winnecour, Ch. 13 Trustee, P.O. Box 2587
Pittsburgh, PA. 15230*;"

\* This figure includes the court approved attorney fees to be paid at closing,

 (10) Estimated Net proceeds payable to "*Ronda J. Winnecour, Ch. 13 Trustee"* *$46,526.56*
 PO Box 84051 Chicago, IL 60689-4002.

THE TRUSTEE SHALL NOT DISBURSE THE PROCEEDS UNTIL THE COURT MAKES A FINAL DETERMINATION IS AS TO WHETHER THE PROCEEDS SHALL BE USED FOR GENERAL PLAN FUNDING OR USED FOR PAYMENT OF TIMELY-FILED, ALLOWED UNSECURED NON PRIORITY CLAIMS.

FURTHER ORDERED that:

 (1) Closing shall occur within thirty (30) days of this Order and, within five (5) days following closing, the Movant/Plaintiff shall file a report of sale which shall include a copy of the HUD-1 or other Settlement Statement;

 (2) This Sale Confirmation Order survives any dismissal or conversion of the within case;

and,

 (3) Within five (5) days of the date of this Order, the Movant/Plaintiff shall serve a copy of the within Order on each Respondent/Defendant (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney for the debtor, the Closing Agent, the Purchaser, and the attorney for the Purchaser, if any, and file a certificate of service.

    BY THE COURT

    _____
    Chief Judge Carlota M. Bohm

UNITED STATES BANKRUPTCY JUDGE