**PROCEEDING MEMO**

**Date: 01/06/2021 02:30 pm**

**In re:**   Emanuel R. Mori

                                          Bankruptcy No. 18-21179-CMB
                                          Chapter: 13
                                          Doc. # 91

**Appearances:**  BY ZOOM:  Bryan Keenan, Maria Miksich, Owen Katz, Elizabeth Kofmehl

**Nature of Proceeding:** #91 Continued Hearing Re: Motion For Relief From The Automatic Stay (Creditor: The Bank of New York - 4621 Carroll Street, Pittsburgh, PA 15224)

**Additional Pleadings:**  #94 Response by Trustee
                              #95 Response by Debtor
                              #97 Settlement and Certification of Counsel Regarding Consent Order To Continue the Hearing on Movant's Motion For Relief From the Automatic Stay Stay For a 90 Day Period
                              #98 Consent Order Signed 05/07/20202 - Continued Telephonic Hearing set for 08/26/2020 at 10:00 a.m. to see how Debtor's attempts to sell the property are progressing
                              #99 Certificate of Service of Docket #98
                              #102 Proceeding Memo from 08/26/2020 - CONTINUED for 10/28/2020 at 10:00 a.m.  Attorney Keenan try to get sale motion filed ASAP and then may not need a continued hearing on this motion
                              #109 Proceeding Memo from 10/28/2020 - CONTINUED for 01/06/2021 at 2:30 p.m.  This Motion relates to property that Debtor is trying to sell

**Judge's Notes:**
Miksich: Request continuance. Will withdraw motion if paid.
OUTCOME: Continued to 3/1 at 10:00 am.

                                          **Carlota Böhm**
                                          **Chief U.S. Bankruptcy Judge**

                                          FILED
                                          1/7/21 1:48 pm
                                          CLERK
                                          U.S. BANKRUPTCY
                                          COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21179-CMB |
| Emanuel R. Mori | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Jan 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

**Recip ID        Recipient Name and Address**
db          + Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

**Name**            **Email Address**

Andrew L. Spivack
    on behalf of Creditor HSBC Bank USA National Association ET AL andrew.spivack@brockandscott.com wbecf@brockandscott.com

Brian Nicholas
    on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor The Bank Of New York Mellon  As Trustee Et Al bnicholas@kmllawgroup.com

Bryan P. Keenan
    on behalf of Debtor Emanuel R. Mori keenan662@gmail.com melindap662@gmail.com

Harry B. Reese
    on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Jan 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

James A. Prostko
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com  cnoroski@grblaw.com

Jerome B. Blank
    on behalf of Creditor The Bank Of New York Mellon  As Trustee Et Al pawb@fedphe.com

Jill Manuel-Coughlin
    on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin M Buttery
    on behalf of Creditor THE BANK OF NEW YORK MELLON  AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 kbuttery@rascrane.com

Lauren Berschler Karl
    on behalf of Creditor THE BANK OF NEW YORK MELLON  AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 lkarl@rascrane.com, lbkarl03@yahoo.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
    on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@powerskirn.com

Thomas Song
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com

TOTAL: 20