IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          CASE NO. 18-21179-CMB

Emanuel R. Mori,                                Chapter 13
      Debtor(s).
                                                Related to Doc. 143

Emanuel R. Mori,
      Movant(s),

vs.
The Bank of New York Mellon, et. al.,
      Respondent(s).

## CONSENT ORDER PROVIDING FOR DISTRIBUTION OF NET SALE PROCEEDS

WHEREAS, the Court approved a sale of 4621 Carroll Street Pittsburgh, PA 15224 at Doc 143, which included a provision that the net sale proceeds (which are $48,280.81 as set forth in the Report of Sale at Doc 149), were to be held in escrow pending determination of the dispute over their distribution;

WHEREAS, the Debtor and Trustee have discussed the distribution and have agreed to the distribution in accordance with the provisions of this Order;

NOW, THEREFORE, the parties, consisting of the Debtor(s) and Trustee, agree, that the $48,280.81 net sale proceeds shall, after deduction of Trustee fees, be distributed as follows: (a) first, $5,546.90 to Debtor Counsel representing the balance due under the interim compensation Order at Doc 119; (b) second to general non-priority unsecured creditors in the amount of $20,299.86; and (c) third to general plan funding to level 22 secured creditors, pro-rata, so far as the funds will go.

So ORDERED, this _____ day of _____, 20_____.


_____
U.S. Bankruptcy Judge

AGREED TO:

/s/ Owen Katz
Owen Katz, Esquire,
PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
E-mail: okatz@chapter13trusteewdpa.com
Attorney for Trustee

/s/ Bryan  P. Keenan
Bryan  P. Keenan, PA ID No. 89053
Bryan  P. Keenan  & Associates P.C.
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com
Attorney for Debtor(s)