# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

02/17/2021

IN RE:

| | |
|---|---|
| EMANUEL R. MORI | Case No.18-21179 CMB |
| 801 LIMESTONE DRIVE | |
| ALLISON PARK,  PA  15101 | Chapter 13 |
| XXX-XX-5159          Debtor(s) | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/17/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **ALLISON L CARR ESQ** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| BERNSTEIN-BURKLEY PC | Court Claim Number: | ACCOUNT NO.: |
| 707 GRANT ST STE 2200 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 0547 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: SAMS CLUB/PRAE | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:3  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: |
| 375 NORTH SHORE DR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15212 | COMMENT: /PRAE | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number: | ACCOUNT NO.: B014 |
| POB 200 | | |
| | CLAIM: 0.00 | |
| BETHEL PARK, PA 15102 | COMMENT: RMVD/PAP | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:5  INT %: 12.00% | CRED DESC: SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:4 | ACCOUNT NO.: 201A |
| POB 200 | | |
| | CLAIM: 836.28 | |
| BETHEL PARK, PA 15102 | COMMENT: 50-J-201-A*$@12%/CL-PL*WNTS 12%*2015-18/CL*W/32 | |

| | | |
|---|---|---|
| **BANK OF AMERICA**** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| 7105 CORPORATE DR | Court Claim Number: | ACCOUNT NO.: 1126 |
| | CLAIM: 2,007.53 | |
| PLANO, TX 75024 | COMMENT: NO FURTHER PMTS~PRIOR PMTS PROPER/CONF*DK | |

| | | |
|---|---|---|
| **BANK OF AMERICA**** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| 7105 CORPORATE DR | Court Claim Number: | ACCOUNT NO.: 7515 |
| | CLAIM: 2,405.54 | |
| PLANO, TX 75024 | COMMENT: NO FURTHER PMTS~PRIOR PMTS PROPER/CONF*CLM W/DRWN*W/37~DK*RMVD/ | |

| | | |
|---|---|---|
| **COMMUNITY LOAN SERVICING LLC** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| ATTN CASHIERING DEPT | Court Claim Number:13 | ACCOUNT NO.: 7609 |
| 4425 PONCE DE LEON BLVD 5TH FL | | |
| | CLAIM: 0.00 | |
| CORAL GABLES, FL 33146 | COMMENT: PMT/CL-PL*4091.22x(60+2)=LMT*BGN 4/18*FR BAYVIEW-DOC 132 | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:12 | ACCOUNT NO.: 9140 |
| PO BOX 65450 | | |
| | CLAIM: 17,334.43 | |
| SALT LAKE CITY, UT 84165-0450 | COMMENT: CL12GOV W/PMT CHANGES*DKT4PMT-LMT*BGN 4/18*$44,139.78/CL*FR CALIBER-[ | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:11 | ACCOUNT NO.: 9132 |
| PO BOX 65450 | | |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84165-0450 | COMMENT: PMT/CL-PL*305.25x(60+2)=LMT*BGN 4/18*FR CALIBER-D61*DK | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CITY AND SD OF PITTSBURGH (LIBRARY)** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE-DLNQ CLCTR | Court Claim Number: | ACCOUNT NO.:  B014 |
| 102 RAHWAY RD | | |
| | CLAIM:  0.00 | |
| MCMURRAY, PA  15317 | COMMENT:  RMVD/PAP | |

| | | |
|---|---|---|
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)\*** | Trustee Claim Number:12  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC | Court Claim Number:2 | ACCOUNT NO.:  201A |
| 102 RAHWAY RD | | |
| | CLAIM:  2,674.84 | |
| MCMURRAY, PA  15317 | COMMENT:  50-J-201-A\*$@10%/CL-PL\*WNTS 10%\*2015-18/CL-PL | |

| | | |
|---|---|---|
| **HSBC BANK USA NA - TRUSTEE  ET AL** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O PHH MORTGAGE CORP(\*) | Court Claim Number:6 | ACCOUNT NO.:  9790 |
| ONE MORTGAGE WAY - MAILSTOP: SBRP | | |
| | CLAIM:  0.00 | |
| MT LAUREL, NJ  08054-7458 | COMMENT:  CL6GOV W/PMT CHANGES\*DKT4PMT-LMT\*BGN 4/18\*FR HSBC/OCWEN-DOC 139 | |

| | | |
|---|---|---|
| **KML LAW GROUP PC\*** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA\*\*++** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 26012 | Court Claim Number: | ACCOUNT NO.:  5002 |
| NC4-105-02-77 | | |
| | CLAIM:  0.00 | |
| GREENSBORO, NC  27410 | COMMENT:  NO$/SCH\*19752 beyond stat of limitations/sch | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:5 | ACCOUNT NO.:  9314 |
| | CLAIM:  7,821.33 | |
| NORFOLK, VA  23541 | COMMENT:  AADVANTAGE AVIATOR BLUE/BARCLAYS BANK DE | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGENT | Court Claim Number:7 | ACCOUNT NO.:  5089 |
| PO BOX 2011 | | |
| | CLAIM:  6,692.67 | |
| WARREN, MI  48090 | COMMENT:  CAPITAL ONE/SCH | |

| | | |
|---|---|---|
| **CITIBANK NA(\*)++** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4740 121ST ST | Court Claim Number: | ACCOUNT NO.:  0884 |
| | CLAIM:  0.00 | |
| URBANDALE, IA  50323 | COMMENT:  NO$~SEARS/SCH | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC\*** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:1 | ACCOUNT NO.:  6359 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  806.26 | |
| PITTSBURGH, PA  15212 | COMMENT:  9672~CREDIT PROTECTION ASSOC/SCH | |

| | | |
|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.:  4620 |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  NT ADR~CITIBANK/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:10 | ACCOUNT NO.: 0547 |
| | CLAIM: 4,820.81 | |
| KIRKLAND, WA 98083-0788 | COMMENT: SYNCHRONY BANK~SAMS CLUB/SCH | |

| | | |
|---|---|---|
| **PHELAN HALLINAN DIAMOND & JONES LLP++** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 1 PENN CENTER PLZ STE 1400 | Court Claim Number: | ACCOUNT NO.: |
| 1617 JFK BLVD | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19103 | COMMENT: HSBC BANK NV/PRAE | |

| | | |
|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| FRICK BUILDING 14TH FL | | |
| 437 GRANT ST | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: PGH WTR AND SWR/PRAE | |

| | | |
|---|---|---|
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)*** | Trustee Claim Number:24 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC | Court Claim Number:2 | ACCOUNT NO.: J151 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: 50-J-151*5.53@10%/CL-PL*NT/SCH*WNTS 10%*2012/CL*W/25*SOLD | |

| | | |
|---|---|---|
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)*** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC | Court Claim Number:2 | ACCOUNT NO.: J151 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: 50-J-151*$1.47@0%/CL-PL*NT/SCH*NON%*2012/CL*W/24*NT PROV/PL*SOLD | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:26 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| 1200 PENN AVENUE | Court Claim Number:3 | ACCOUNT NO.: 6B14 |
| | CLAIM: 67.33 | |
| PITTSBURGH, PA 15222 | COMMENT: 26-B-14*$@10%/CL-PL*NT/SCH*WNTS 10%*SVC THRU 3/28/18 | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:27 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| 1200 PENN AVENUE | Court Claim Number:3 | ACCOUNT NO.: A144 |
| | CLAIM: 217.77 | |
| PITTSBURGH, PA 15222 | COMMENT: 51-A-144*$@10%/CL-PL*NT/SCH*WNTS 10%*SVC THRU 3/28/18 | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:28 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| 1200 PENN AVENUE | Court Claim Number:3 | ACCOUNT NO.: J151 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15222 | COMMENT: 50-J-151*$522.71@10%/CL-PL*NT/SCH*WNTS 10%*SVC THRU 3/28/18*W/29*SOLD | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| 1200 PENN AVENUE | Court Claim Number:3 | ACCOUNT NO.: J151 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15222 | COMMENT: 50-J-151*$75.50@0%/CL-PL*NT/SCH*NON%*SVC THRU 3/28/18*W/28*SOLD | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:30 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| 1200 PENN AVENUE | Court Claim Number:3 | ACCOUNT NO.: 201A |
| | CLAIM: 258.96 | |
| PITTSBURGH, PA 15222 | COMMENT: 50-J-201-A*$@10%/CL-PL*NT/SCH*WNTS 10%*SVC THRU 3/28/18*W/31 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:31 INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| 1200 PENN AVENUE | Court Claim Number:3 | ACCOUNT NO.: 201A |
| | CLAIM:  27.55 | |
| PITTSBURGH, PA  15222 | COMMENT:  50-J-201-A*$@0%/CL-PL*NT/SCH*NON%*SVC THRU 3/28/18*W/30 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:32 INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:4 | ACCOUNT NO.: 201A |
| POB 200 | | |
| | CLAIM:  52.23 | |
| BETHEL PARK, PA  15102 | COMMENT:  50-J-201-A*$@0%/CL-PL*NON%*2015-18/CL*W/5 | |

| | | |
|---|---|---|
| **COMMUNITY LOAN SERVICING LLC** | Trustee Claim Number:33 INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN CASHIERING DEPT | Court Claim Number:13 | ACCOUNT NO.: 7609 |
| 4425 PONCE DE LEON BLVD 5TH FL | | |
| | CLAIM:  46,117.63 | |
| CORAL GABLES, FL  33146 | COMMENT:  $/CL-PL*THRU 3/18*FR BAYVIEW-DOC 132 | |

| | | |
|---|---|---|
| **POWERS KIRN LLC** | Trustee Claim Number:34 INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 8 NESHAMINY INTERPLEX STE 215 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| TREVOSE, PA  19053 | COMMENT:  BAYVIEW LN SVCNG/PRAE | |

| | | |
|---|---|---|
| **HSBC BANK USA NA - TRUSTEE  ET AL** | Trustee Claim Number:35 INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O PHH MORTGAGE CORP(*) | Court Claim Number:6 | ACCOUNT NO.: 9790 |
| ONE MORTGAGE WAY - MAILSTOP: SBRP | | |
| | CLAIM:  4,634.27 | |
| MT LAUREL, NJ  08054-7458 | COMMENT:  $/CL-PL*THRU 3/18*FR HSBC/OCWEN-DOC 139 | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:36 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:8 | ACCOUNT NO.: 7480 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM:  158.79 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA**** | Trustee Claim Number:37 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:9 | ACCOUNT NO.: 7515 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19886-5102 | COMMENT:  CL9:$17,595.46~W/DRWN-DOC 31*W/7 | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:38 INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:11 | ACCOUNT NO.: 9132 |
| PO BOX 65450 | | |
| | CLAIM:  3,266.75 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  $/CL-PL*THRU 3/18*FR CALIBER-DOC 61 | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:39 INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:12 | ACCOUNT NO.: 9140 |
| PO BOX 65450 | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  620.96/CL-PL*THRU 3/18*FR CALIBER-DOC 59*SOLD | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:40 INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:11 | ACCOUNT NO.: 9132 |
| PO BOX 65450 | | |
| | CLAIM:  2,936.50 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  2936.80/PL*NTC POSTPET FEE/EXP*REF CL*W/38*FR CALIBER-DOC 61 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:41 INT %: 0.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:12 | ACCOUNT NO.:  9140 |
| PO BOX 65450 | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  $/PL*NTC POSTPET FEE/EXP*REF CL:$900~W/DRWN@DOC 40*W/39*FR CALIBER- | |

| | | |
|---|---|---|
| **POWERS KIRN LLC** | Trustee Claim Number:42 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 8 NESHAMINY INTERPLEX STE 215 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| TREVOSE, PA  19053 | COMMENT:  BAYVIEW LN SVCNG/PRAE | |

| | | |
|---|---|---|
| **PHELAN HALLINAN DIAMOND & JONES LLP++** | Trustee Claim Number:43 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 1 PENN CENTER PLZ STE 1400 | Court Claim Number: | ACCOUNT NO.: |
| 1617 JFK BLVD | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19103 | COMMENT:  BANK OF NY MELLON/PRAE | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:44 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  SELECT PORTFOLIO~BANK OF NY MELLON/PRAE | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:45 INT %: 0.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:11 | ACCOUNT NO.:  9132 |
| PO BOX 65450 | | |
| | CLAIM:  1,000.68 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  NT PROV/PL*SUPP NTC POSTPET FEE/EXP*REF CL*W/38 | |

| | | |
|---|---|---|
| **RONDA J WINNECOUR PA ID #30399**** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC:  FEES ON DIRECT PAYMENTS |
| ATTN DIRECT FEES CLERK | Court Claim Number: | ACCOUNT NO.:  $/OE |
| US STEEL TWR STE 3250 | | |
| 600 GRANT ST | CLAIM:  3,700.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  SEE DKT FOR DETAILS | |