**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Emanuel R. Mori<br>　　　　　Debtor | |
| The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1, its successors and/or assigns<br>　　　　　Movant<br>　　v.<br>Emanuel R. Mori<br>　　　　　Respondent<br>　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　Additional Respondent | BK. NO. 18-21179 CMB<br><br>CHAPTER 13 |

**ORDER OF COURT**

AND NOW, this　　　day of　　　　　, 2021, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is Denied as withdrawn. The hearing in this matter scheduled March 1, 2021 at 10:00 A.M for is cancelled.

_____
United States Bankruptcy Judge

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
bnicholas@kmllawgroup.com