# PROCEEDING MEMO

**Date: 03/01/2021 10:00 am**

In re:   Emanuel R. Mori

Bankruptcy No. 18-21179-CMB
Chapter: 13
Doc. # 78

**Appearances:**  BY ZOOM:  James Warmbrodt, Bryan P. Keenan

**Nature of Proceeding:** #78 Continued CONTESTED Hearing Re: Amended Chapter 13 Plan Dated 02/28/2020

**Additional Pleadings:** #75 Trustee's Certificate of Default Requesting Dismissal of Case
#105 Conciliation Conference Minutes Dated 10/08/2020 - Continued to CONTESTED Hearing on 10/28/2020 at 10:00 a.m.
#108 Proceeding Memo from Telephonic Hearing Held 10/28/2020 - Continued to Zoom Hearing on 01/06/2021 at 2:30 p.m.   This Motion relates to property that Debtor is trying to sell
#138 Proceeding Memo from Zoom Hearing Held 01/06/2021 - Continued to Zoom Hearing on 03/01/2021 at 10:00 a.m.   Parties should either have a sale and a plan to disperse the money or amend the plan in some way to resolve issues

**Judge's Notes:**
-Warmbrodt: Property was sold in January. Entered into consent order with Attorney Keenan providing for distribution of net proceeds from sale. Proceeds were received. Suggest case be sent back to conciliation.
-Keenan: Agree to send case back to conciliation. Can file amended plan by 3/15.
OUTCOME: Attorney Keenan to file amended plan on or before 3/15. Conciliation regarding amended plan scheduled for 4/8 at 11:30 am.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
3/1/21 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA