# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No. 18-21179-CMB** |
| **Emanuel R. Mori** | : | **Chapter 13** |
| Debtor | : | **Document No. ____** |
| **Emanuel R. Mori** | : | |
| Movant | : | **Related to Doc. 163-160, 161, 169-170** |
| v. | : | |
| Respondent | : | |
| **Ronda J. Winnecour, Chapter 13 Trustee** | : | |
| Respondent(s) | : | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by:   **Debtors Counsel**

❑   a motion to lift stay
     as to creditor   _____

❑   Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑   Chapter 13 Plan dated _____
☒   Amended Chapter 13 Plan dated **March 19, 2021**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ❑ Debtor(s) Plan payments shall be changed from **$7,290.00** to **$7,856.00**, effective April 2022;

- ❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑ Debtor(s) shall file and serve _____ on or before _____.

- ❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: The January 26, 2022 Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 with regard to claim 11-1 is allowed in the amount of $2,245.21.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**SO ORDERED**, this __21st__ day of __March__, 2022

_Carlota M. Böhm_ **dmk**
Chief Judge Carlota M. Bohm
United States Bankruptcy Judge

Dated: March 18, 2022

Stipulated by:                                    Stipulated by:

/s/ Bryan P. Keenan                               /s/ James Warmbrodt
Bryan P. Keenan                                   James Warmbrodt
Counsel to Debtor                                 Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

FILED
3/21/22 11:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Emanuel R. Mori  
    Debtor

Case No. 18-21179-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Mar 21, 2022      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225 |
| r | + | Donald N. Kolessar, Jr., Berkshire Hathaway, 9401 McKnight Road, Pittsburgh, PA 15237-6000 |
| 14800328 | + | Allegheny County, c/o Jordan Tax Service, 102 Rahway Dr, Canonsburg, PA 15317-3349 |
| 14800329 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14800330 | + | Bank of America N.A., 655 Paper Mill Road, Newark, DE 19711-7500 |
| 14859048 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14800337 | + | City of Pittsbugh/SD of Pittsburgh, c/o Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14800338 | + | Credit Protection Assoc/Etan Industries, Attn: Bankruptcy, Re: Peoples Natural Gas, Po Box 802068, Dallas, TX 75380-2068 |
| 14800339 | + | KML Law Group, c/o Nora Viggiano, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15039813 | | The Bank of New York Mellon, et al, c/o SELECT PORTFOLIO SERVICING, P.O. Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 21 2022 23:12:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 21 2022 23:12:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 21 2022 23:12:00 | PHH Mortgage Corporation, Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Mar 21 2022 23:12:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14800331 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 21 2022 23:13:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14800332 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 21 2022 23:12:00 | Bayview Loan Servicing LLC, Customer Service Dept., 4425 Ponce De Leon Blvd., Miami, FL 33146-1873 |
| 14860083 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 21 2022 23:12:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th floor, Coral Gables, FL 33146-1873 |
| 14800333 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Mar 21 2022 23:13:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14800334 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Mar 21 2022 23:13:00 | Caliber Home Loans, In, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14800335 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2022 23:19:54 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2022 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Lake City, UT 84130-0285 |
| 14800336 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2022 23:19:51 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14830221 | + | Email/Text: ebnjts@grblaw.com | Mar 21 2022 23:12:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15325627 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 21 2022 23:12:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14830223 | + | Email/Text: ebnjts@grblaw.com | Mar 21 2022 23:12:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14857739 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 21 2022 23:13:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14852970 | | Email/Text: BKEBN-Notifications@ocwen.com | Mar 21 2022 23:12:00 | HSBC Bank USA, National Association ET. AL., OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 15327641 | | Email/Text: BKEBN-Notifications@ocwen.com | Mar 21 2022 23:12:00 | HSCB Bank USA National Association as trustee, c/o PHH Mortgage Corporation, Bankruptcy department, PO box 24605, West Palm Beach, FL 33416-4605 |
| 14800340 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 21 2022 23:13:00 | Midland Funding, Attn: Bankruptcy, Re: Citibank N.A., Po Box 939069, San Diego, CA 92193-9069 |
| 14855978 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 21 2022 23:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14800341 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 21 2022 23:12:00 | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 14834343 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2022 23:19:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14811987 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 21 2022 23:19:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14815523 | + | Email/Text: ebnpeoples@grblaw.com | Mar 21 2022 23:12:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14830222 | + | Email/Text: ebnpwsa@grblaw.com | Mar 21 2022 23:12:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14859211 | | Email/Text: bnc-quantum@quantum3group.com | Mar 21 2022 23:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14800342 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2022 23:19:59 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing LLC |
| cr | | CALIBER HOME LOANS, INC. |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2022 | Form ID: pdf900 | Total Noticed: 36 |

| | | |
|---|---|---|
| cr | | Community Loan Servicing, LLC f/k/a Bayview Loan S |
| cr | | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET. |
| cr | | HSBC Bank USA National Association ET AL |
| cr | | THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MO |
| cr | | The Bank Of New York Mellon, As Trustee Et Al |
| cr | | The Bank of New York Mellon, successor to The Bank |
| cr | | The Bank of New York Mellon, successor to The Bank |
| cr | *+ | Bank of America, N.A., P O Box 982284, EL PASO, TX 79998-2284 |
| br | *+ | Donald N. Kolessar, Jr., Berkshire Hathaway, 9401 McKnight Road, Pittsburgh, PA 15237-6000 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14859675 | *+ | CALIBER HOME LOANS, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 15039817 | * | The Bank of New York Mellon, ET AL, C/O SELECT PORTFOLIO SERVICING, INC, PO Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 9 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2022                                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2022 at the address(es) listed below:**

**Name**    **Email Address**

Andrew L. Spivack
　on behalf of Creditor HSBC Bank USA National Association ET AL andrew.spivack@brockandscott.com wbecf@brockandscott.com

Brian Nicholas
　on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com

Brian Nicholas
　on behalf of Creditor The Bank Of New York Mellon  As Trustee Et Al bnicholas@kmllawgroup.com

Bryan P. Keenan
　on behalf of Debtor Emanuel R. Mori keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Harry B. Reese
　on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com

James A. Prostko
　on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. jprostko@c-vlaw.com, jamesprostko@gmail.com

Jeffrey R. Hunt
　on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
　on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
　on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 21, 2022 | Form ID: pdf900 | Total Noticed: 36 |

Jerome B. Blank
 on behalf of Creditor The Bank Of New York Mellon  As Trustee Et Al pawb@fedphe.com

Jill Manuel-Coughlin
 on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com

Keri P. Ebeck
 on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin M Buttery
 on behalf of Creditor THE BANK OF NEW YORK MELLON  AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 kbuttery@rascrane.com

Lauren Berschler Karl
 on behalf of Creditor THE BANK OF NEW YORK MELLON  AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 lkarl@rascrane.com, lbkarl03@yahoo.com

Mario J. Hanyon
 on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
 on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. robert.davidow@phelanhallinan.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
 on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@powerskirn.com

Thomas Song
 on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com

TOTAL: 21