## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

EMANUEL R. MORI

Case No. 18-21179CMB

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

COMMUNITY LOAN SERVICING LLC

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NO EXPLANTION FOR THE REFUND, NO PROOF OF ASSIGNMENT FILED.

COMMUNITY LOAN SERVICING LLC
ATTN CASHIERING DEPT
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES, FL 33146

Court claim# 13/Trustee CID# 33

The Movant further certifies that on 10/13/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

DEBTOR(S):
EMANUEL R. MORI, 801 LIMESTONE
DRIVE, ALLISON PARK, PA  15101

DEBTOR'S COUNSEL:
BRYAN P KEENAN ESQ, BRYAN P KEENAN
& ASSOC PC, 993 GREENTREE RD STE 101
PITTSBURGH, PA  15220

ORIGINAL CREDITOR:
COMMUNITY LOAN SERVICING LLC,
ATTN CASHIERING DEPT, 4425 PONCE DE
LEON BLVD 5TH FL, CORAL GABLES, FL
33146

ORIGINAL CREDITOR'S COUNSEL:
POWERS KIRN LLC, 8 NESHAMINY
INTERPLEX STE 215, TREVOSE, PA  19053

NEW CREDITOR: