| | |
|---|---|
| **REQUESTOR'S NAME:** | Aldridge Pite, LLP |
| **ADDRESS:** | 4375 Jutland Dr. Suite 200, P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| **TELEPHONE NO.:** | (858) 750-7600 |

## UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

| | |
|---|---|
| In re<br>Emanuel R. Mori | CASE NO.: 18-21179-CMB<br>Chapter  7 _____  11 _____  13  ✔ |
| | **CHANGE OF ADDRESS**<br>_____ DEBTOR<br>✔ CREDITOR    **CHECK ONLY ONE** |

(Please print or type)                **MUST BE FILED IN DUPLICATE**

NAME: Community Loan Servicing, LLC

NEW MAILING ADDRESS: 4425 Ponce de Leon Blvd., 3rd Floor

Coral Gables, FL 33146

Dated: 12/07/2022

*Signature*

Agent for Community Loan Servicing, LLC

*Title (Corporation officer, partner or agent)*

**All future notices shall be sent to the above address.**

B-1098
*Revised 03/03*

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF PENNSYLVANIA - PITTSBURGH**

| In re | Case No. 18-21179-CMB |
|---|---|
| EMANUEL R. MORI, | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE** |

I, Thanh T. Ha, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933.   I am over the age of eighteen years and not a party to this case.

On December 8, 2022, I caused the NOTICE OF CHANGE OF ADDRESS to be served in said case by electronic means through the court's CM/ECF system or through United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.

/s/Thanh T. Ha
THANH T. HA

- 1 -

PROOF OF SERVICE

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Emanuel R. Mori
801 Limestone Drive
Allison Park, PA 15101

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Bryan P. Keenan

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Ronda J. Winnecour

**U.S. TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Office of the United States Trustee

- 2 -

PROOF OF SERVICE