IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Emanuel R. Mori | : | Case No. 18-21179-CMB |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Community Loan Servicing, LLC | : | |
| Movant(s) | : | Related to Document 185 |
| | : | |
| vs. | : | Hearing Date: 1/19/23 at 1:30 p.m. |
| | : | |
| Emanuel R. Mori and Ronda J. | : | |
| Winnecour, Esquire | : | |
| Respondent(s) | : | |

<u>WITHDRAWAL OF CHAPTER 13 TRUSTEE'S
RESPONSE TO MOTION FOR RELEASE OF FUNDS</u>

The Response that was filed in the above-referenced case on November 29, 2022 (document #185) is hereby WITHDRAWN.

Respectfully submitted

12/21/2022

/s/Owen W. Katz
Owen W. Katz PA I.D. #36473
Attorney for Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
(412)471-5566
okatz@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Emanuel R. Mori                              :       Case No. 18-21179-CMB
            Debtor(s)                        :       Chapter 13
                                             :
Community Loan Servicing, LLC                :
            Movant(s)                        :       Related to Document 183
                                             :
            vs.                              :       Hearing Date: 1/19/23 at 1:30 p.m.
                                             :
Emanuel R. Mori and Ronda J.                 :
Winnecour, Esquire                           :
            Respondent(s)                    :

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Emanuel R. Mori
801 Limestone Drive
Allison Park, PA  15101

Bryan P. Keenan, Esquire
993 Greentree Road, Suite 101
Pittsburgh, PA  15220

Jill Manuel-Coughlin
POWERS, KIRN & ASSOCIATES, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053


12/21/22                                     /s/ Rosa M. Richard
Date                                         Office of the Chapter 13 Trustee
                                             US Steel Tower – Suite 3250
                                             600 Grant Street
                                             Pittsburgh, PA  15219
                                             (412) 471-5566