| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh) | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Emanuel R. Mori | Case Number:<br><br>2:2018-bk-21179 | |
| Name of Creditor:<br>    HSCB Bank USA National Association as trustee | | |
| Name of Current Servicer of account:<br>    PHH Mortgage Services | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>    PHH Mortgage Corporation<br>    ATTN Bankruptcy Department<br>    PO Box 24605<br>    West Palm Beach, FL 33416<br><br>    Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>    1 Mortgage Way<br>    Mount Laurel, NJ 08054 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>    PHH Mortgage Services<br>    PO Box 24781<br>    ATTN: SV 19<br>    West Palm Beach, FL 33416<br><br>    Telephone Number: 800-750-2518 | | **X** Check this box if you are changing the address that payments will go to. |
| **1.    Account Number:  9790** | | ___ Check this box if the account number has changed. |
| **2.    Court Claim Number:  6** | | |
| **3.    Signature:**<br><br> Check the appropriate box.<br>         I am the creditor.<br>     X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>         I am the trustee, or the debtor.<br>         I am a guarantor, surety, endorser, or other codebtor.<br><br><br>  By:    /s/ John Shelley                             Date:  02/10/2023<br>         Authorized Filing Agent for PHH Mortgage Services | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                         CASE NO.:    18-21179

**Emanuel R. Mori**                                 CHAPTER:    13

**Debtor(s).**

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on or before February 13, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                       *By U.S. Postal Service First Class Mail Postage Prepaid:*

Emanuel R. Mori
801 Limestone Drive
Allison Park, PA 15101

*Debtor's Attorney:*        *By CM / ECF Filing:*

Bryan P. Keenan
993 Greentree Road
Suite 200
Pittsburgh, PA 15220

*Trustee:*                      *By CM / ECF Filing:*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

/s/ John Shelley

InfoEx, LLC
(as authorized agent for PHH Mortgage Services)