**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Emanuel R. Mori | 18-21179 CMB |
| Debtors | Chapter 13 Proceeding |
| Community Loan Servicing, LLC<br>　　　　　　　　　　　　Movant<br>v.<br>Emanuel R. Mori<br><br>　and<br>Ronda J. Winnecour, Esquire　Respondent | |

**CONSENT ORDER FOR RELEASE OF FUNDS**

NOW, comes Community Loan Servicing, LLC (Creditor) by and through its counsel, Karina Velter, and Emanuel R. Mori (Debtor) through counsel, Bryan P. Keenan, and agree as follows;

1. On June 6, 2018, a Proof of Claim was filed by Bayview Loan Servicing, LLC and docketed as Claim #13. The Total Claim amount listed was $443,540.54 and the total pre-petition arrearage listed in the claim was $46,117.63.

2. The Creditor changed their name from 'Bayview Loan Servicing, LLC' to 'Community Loan Servicing, LLC' that became effective on September 28, 2020.

3. On July 19, 2023, the Chapter 13 Trustee notified counsel that she is holding funds in the amount of $30,867.47, which had been mailed to Community Loan Servicing, LLC, in two checks issued in December 2022 and January 2023, but were returned as undeposited.

4. The parties agree that the Trustee will make one last attempt to distributer $30,867.47 to Creditor. If funds are returned or if the check remains uncashed and becomes stale, the Trustee shall, without further order of Court, refund the funds to the Debtors.

5. The Trustee shall mail the check to Creditor at the following address:

    Community Loan Servicing, LLC
    4425 Ponce de Leon Blvd. 3rd Floor
    Coral Gables, FL 33146


STIPULATED AND AGREED TO BY:

  /s/*Karina Velter, Esquire*　　　　　　　　　　　　　 /s/ *Bryan P. Keenan, Esquire*
Karina Velter, Esquire Counsel　　　　　　　　　Bryan P. Keenan, Esquire Counsel
for Creditor　　　　　　　　　　　　　　　　　　for Debtor

\_\_\_/s/ *Owen Katz, Esquire*
Owen Katz, Esquire
Staff Attorney for Chapter 13 Trustee

On this \_\_\_\_\_ day of _____, 2023, approved by the Court.

_____
United States Bankruptcy Judge
Carlota M. Bohm