**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Emanuel R. Mori<br><br>                                      Debtors<br>Community Loan Servicing, LLC<br>                                      Movant<br>v.<br>Emanuel R. Mori<br><br>  and<br>Ronda J. Winnecour, Esquire   Respondent | 18-21179 CMB<br><br>Chapter 13 Proceeding<br><br>Related to Doc. No. 195 |

**CONSENT ORDER FOR RELEASE OF FUNDS**

NOW, comes Community Loan Servicing, LLC (Creditor) by and through its counsel, Karina Velter, and Emanuel R. Mori (Debtor) through counsel, Bryan P. Keenan, and agree as follows;

1. On June 6, 2018, a Proof of Claim was filed by Bayview Loan Servicing, LLC and docketed as Claim #13. The Total Claim amount listed was $443,540.54 and the total pre-petition arrearage listed in the claim was $46,117.63.

2. The Creditor changed their name from 'Bayview Loan Servicing, LLC' to 'Community Loan Servicing, LLC' that became effective on September 28, 2020.

3. On July 19, 2023, the Chapter 13 Trustee notified counsel that she is holding funds in the amount of $30,867.47, which had been mailed to Community Loan Servicing, LLC, in two checks issued in December 2022 and January 2023, but were returned as undeposited.

4. The parties agree that the Trustee will make one last attempt to distributer $30,867.47 to Creditor. If funds are returned or if the check remains uncashed and becomes stale, the Trustee shall, without further order of Court, refund the funds to the Debtors.

5. The Trustee shall mail the check to Creditor at the following address:

    Community Loan Servicing, LLC
    4425 Ponce de Leon Blvd. 3rd Floor
    Coral Gables, FL 33146

STIPULATED AND AGREED TO BY:

  /s/*Karina Velter, Esquire*                                    ___/s/ *Bryan P. Keenan, Esquire*
Karina Velter, Esquire Counsel                    Bryan P. Keenan, Esquire Counsel
for Creditor                                                          for Debtor

_/s/ *Owen Katz, Esquire*_
Owen Katz, Esquire
Staff Attorney for Chapter 13 Trustee

On this 3rd day of August, 2023, approved by the Court.

Carlota M. Böhm, Judge   jah
United States Bankruptcy Court

FILED
8/3/23 9:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21179-CMB |
| Emanuel R. Mori | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor HSBC Bank USA National Association ET AL andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor The Bank Of New York Mellon As Trustee Et Al bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Emanuel R. Mori keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Harry B. Reese | on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

James A. Prostko
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. jprostko@c-vlaw.com, jamesprostko@gmail.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com

Jerome B. Blank
    on behalf of Creditor The Bank Of New York Mellon  As Trustee Et Al jblank@pincuslaw.com, brausch@pincuslaw.com

Jill Manuel-Coughlin
    on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor Bayview Loan Servicing LLC bankruptcy@powerskirn.com

Karina Velter
    on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC karina.velter@powerskirn.com, brausch@pincuslaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin M Buttery
    on behalf of Creditor THE BANK OF NEW YORK MELLON  AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 kbuttery@rascrane.com

Lauren Berschler Karl
    on behalf of Creditor THE BANK OF NEW YORK MELLON  AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 lkarl@rascrane.com, lbkarl03@yahoo.com

Mario J. Hanyon
    on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE ET. AL. pawb@fedphe.com

TOTAL: 22