**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>EMANUEL R. MORI<br><br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-21179<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 03/28/2018 and confirmed on 05/24/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 381,816.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 381,811.00 |
| | | |
| Administrative Fees | | |
| 　　Filing Fee | 0.00 | |
| 　　Notice Fee | 0.00 | |
| 　　Attorney Fee | 7,537.80 | |
| 　　Trustee Fee | 18,316.56 | |
| 　　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 25,854.36 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　COMMUNITY LOAN SERVICING LLC**<br>　　Acct: 7609 | 0.00 | 223,690.64 | 0.00 | 223,690.64 |
| 　BANK OF NEW YORK MELLON - TRUSTEE<br>　　Acct: 9140 | 17,334.43 | 17,334.43 | 0.00 | 17,334.43 |
| 　BANK OF NEW YORK MELLON - TRUSTEE<br>　　Acct: 9132 | 0.00 | 17,587.22 | 0.00 | 17,587.22 |
| 　HSBC BANK USA NA - TRUSTEE ET AL<br>　　Acct: 9790 | 0.00 | 59,644.87 | 0.00 | 59,644.87 |
| 　COMMUNITY LOAN SERVICING LLC**<br>　　Acct: 7609 | 46,117.63 | 4,623.81 | 0.00 | 4,623.81 |
| 　HSBC BANK USA NA - TRUSTEE ET AL<br>　　Acct: 9790 | 4,634.27 | 464.64 | 0.00 | 464.64 |
| 　BANK OF NEW YORK MELLON - TRUSTEE<br>　　Acct: 9132 | 3,266.75 | 327.53 | 0.00 | 327.53 |
| 　BANK OF NEW YORK MELLON - TRUSTEE<br>　　Acct: 9140 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　COUNTY OF ALLEGHENY (RE TAX)*<br>　　Acct: B014 | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-21179 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | COUNTY OF ALLEGHENY (RE TAX)* | 836.28 | 76.32 | 292.61 | 368.93 |
| | Acct: 201A | | | | |
| | BANK OF AMERICA** | 2,007.53 | 2,007.53 | 963.10 | 2,970.63 |
| | Acct: 1126 | | | | |
| | BANK OF AMERICA** | 2,405.54 | 2,405.54 | 1,006.80 | 3,412.34 |
| | Acct: 7515 | | | | |
| | CITY AND SD OF PITTSBURGH (LIBRARY) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: B014 | | | | |
| | CITY & SCHOOL DIST OF PITTSBURGH (R | 2,674.84 | 248.13 | 780.15 | 1,028.28 |
| | Acct: 201A | | | | |
| | CITY & SCHOOL DIST OF PITTSBURGH (R | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: J151 | | | | |
| | CITY & SCHOOL DIST OF PITTSBURGH (R | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: J151 | | | | |
| | PITTSBURGH WATER & SEWER AUTHORI | 67.33 | 6.25 | 19.60 | 25.85 |
| | Acct: 6B14 | | | | |
| | PITTSBURGH WATER & SEWER AUTHORI | 217.77 | 20.21 | 63.36 | 83.57 |
| | Acct: A144 | | | | |
| | PITTSBURGH WATER & SEWER AUTHORI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: J151 | | | | |
| | PITTSBURGH WATER & SEWER AUTHORI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: J151 | | | | |
| | PITTSBURGH WATER & SEWER AUTHORI | 258.96 | 24.02 | 75.60 | 99.62 |
| | Acct: 201A | | | | |
| | PITTSBURGH WATER & SEWER AUTHORI | 27.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 201A | | | | |
| | COUNTY OF ALLEGHENY (RE TAX)* | 52.23 | 0.00 | 0.00 | 0.00 |
| | Acct: 201A | | | | |
| | | | | | 331,662.36 |
| Priority | | | | | |
| | BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | EMANUEL R. MORI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | EMANUEL R. MORI | 5.00 | 5.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRYAN P KEENAN ESQ | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRYAN P KEENAN ESQ | 5,537.80 | 5,537.80 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-20 | | | | |
| | BANK OF NEW YORK MELLON - TRUSTEE | 2,936.50 | 294.42 | 0.00 | 294.42 |
| | Acct: 9132 | | | | |
| | BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9140 | | | | |
| | BANK OF NEW YORK MELLON - TRUSTEE | 1,000.68 | 0.00 | 0.00 | 0.00 |
| | Acct: 9132 | | | | |
| | BANK OF NEW YORK MELLON - TRUSTEE | 2,245.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 9132 | | | | |
| | RONDA J WINNECOUR PA ID #30399** | 3,700.00 | 3,700.00 | 0.00 | 3,700.00 |
| | Acct: $/OE | | | | |
| | | | | | 3,994.42 |
| Unsecured | | | | | |
| | BANK OF AMERICA NA**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5002 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 7,821.33 | 7,821.33 | 0.00 | 7,821.33 |

| 18-21179 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: 9314 | | | | |
| MIDLAND FUNDING LLC | 6,692.67 | 6,692.67 | 0.00 | 6,692.67 |
| Acct: 5089 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0884 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 806.26 | 806.26 | 0.00 | 806.26 |
| Acct: 6359 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4620 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 4,820.81 | 4,820.81 | 0.00 | 4,820.81 |
| Acct: 0547 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 158.79 | 158.79 | 0.00 | 158.79 |
| Acct: 7480 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7515 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0547 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 20,299.86 |

TOTAL PAID TO CREDITORS                                                                               355,956.64

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 9,882.39 |
| SECURED | 79,901.11 |
| UNSECURED | 20.299.86 |

Date: 09/07/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com